IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL R. CAPPS, ) <br> ) <br> Defendant, ) <br> ) | Case No. 6:21-cr-10073-EFM |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's direction, Defendant Michael Capps submits the attached list of exhibits to be presented at trial. Defendant reserves the right to modify this list as testimony or trial may otherwise require.

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com
*Counsel for Defendant Michael R. Capps*

## CERTIFICATE OF SERVICE

I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on November 30, 2022, on all counsel of record.

/s/ Kurt P. Kerns
Kurt P. Kerns, S.C. No. 15028

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| THE UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 6:21-cr-10073-EFM |
| MICHAEL R. CAPPS, | ) |
| Defendant, | ) |

**DEFENDANT'S EXHIBIT LIST**

| Exhibit | Description | Admitted |
|---|---|---|
| 1 | May 4, 2020, email from Michael Capps to Paula McNutt | |
| 2 | May 4, 2020, email response from Paula McNutt to Michael Capps | |
| 3 | May 26, 2020, email from Paula McNutt to Michael Capps | |
| 4 | June 19, 2020, email from Paula McNutt to Michael Capps | |
| 5 | October 23, 2020, email from Paula McNutt | |
| 6 | Cash App report showing payments from 1/9/2020 to 6/5/2022 | |
| 7 | Midwest Business Revenue summary | |
| 8 | Abundance of Enough LLC Engagement Agreement for Sole and Exclusive Right to Sell | |
| 9 | Accent Bridal and Tux Engagement Agreement for Sole and Exclusive Right to Sell | |
| 10 | Thunderbird Fitness, d/b/a Anytime Fitness East, Engagement Agreement for Sole and Exclusive Right to Sell | |
| 11 | Aspen Cleaning LLC Engagement Agreement for Sole and Exclusive Right to Sell | |
| 12 | Bonds Truck Wash Engagement Agreement for Sole and Exclusive Right to Sell | |
| 13 | POSNegroni, d/b/a Brigade Society, Engagement Agreement for Sole and Exclusive Right to Sell | |
| 14 | E&A Eats, Inc. Engagement Agreement for Sole and Exclusive Right to Sell | |
| 15 | Cero's Candies by Albrecht, Inc. Engagement Agreement for Sole and Exclusive Right to Sell | |
| 16 | Chem Station of Kansas Inc. Engagement Agreement for Sole and Exclusive Right to Sell | |
| 17 | Derby Donut Engagement Agreement for Sole and Exclusive Right to Sell | |

| 18 | Historic Elgin Hotel Engagement Agreement for Sole and Exclusive Right to Sell | |
|----|---|---|
| 19 | Gene Hensley Co. Inc. Engagement Agreement for Sole and Exclusive Right to Sell | |
| 20 | James Barnum's Commercial Dumpster Business Engagement Agreement for Sole and Exclusive Right to Sell | |
| 21 | Joken, LLC Engagement Agreement for Sole and Exclusive Right to Sell | |
| 22 | J&R Lawn Service Engagement Agreement for Sole and Exclusive Right to Sell | |
| 23 | River City Broadcasters Inc., d/b/a KCTUTU TV5, Engagement Agreement for Sole and Exclusive Right to Sell | |
| 24 | IRS's definition of "Employee (Common-Law Employee)" | |
| 25 | U.S. Small Business Administration ("SBA") Assistance Document | |
| 26 | Krivacy LLC Payment Processed | |
| 27 | Midwest Business Group Payment Processed | |
| 28 | Fourth and Long Foundation Payment Processed | |