IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:21-cr-10073-EFM |
| | ) | |
| MICHAEL R. CAPPS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## **DEFENDANT'S WITNESS LIST**

COMES NOW, Defendant Michael R. Capps, by and through his counsel of record, Kurt

P. Kerns, and hereby submits his witness list for the trial in the above-captioned matter:

1. James Clendenin, Wichita, KS – co-owner of Midwest Business Group;

2. Vanessa Christophersen, Wichita, KS – employee;

3. Nathaniel Thomas, Wichita, KS – former employee;

4. David Kelly, Wichita, KS – U.S. Marine Corp.;

5. David Austin, Bel Aire, KS;

6. Chase Davis, Wichita, KS;

7. Larry Watson, Tulsa, OK;

8. Eden Clendenin, Wichita, KS – former employee;

9. Lily Clendenin, Wichita, KS – former employee;

10. Charles Capps, Wichita, KS – former employee;

11. Josh Blick, Wichita, KS;

12. Robert Hubbard, Augusta, KS – financial advisor; and,

13. Steve Cisneros, Ft. Lauderdale, FL – business consultant.

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com
*Counsel for Defendant Michael R. Capps*

## CERTIFICATE OF SERVICE

I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on November 30, 2022, on all counsel of record.

/s/ Kurt P. Kerns
Kurt P. Kerns, S.C. No. 15028