THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-10073-EFM |
| | ) | |
| MICHAEL R. CAPPS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE ERIC F. MELGREN, CHIEF UNITED STATES DISTRICT COURT JUDGE:

The Court conducted a jury trial in this matter and the jury was charged on December 12, 2022. Evidence continues and the Court orders that lunch be provided by the Clerk to the jury members.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE