## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>Vs.<br><br>MICHAEL R. CAPPS,<br>                    Defendant. | Case No. 6:21CR10073 |

Pursuant to K.S.A. Chapter 59

### REQUEST FOR HEARING ON OBJECTION OF CHARLES CAPPS TO GARNISHMENT OF ESCROW FUNDS

COMES NOW, Plaintiff, Charles Capps, and requests oral argument on the Objection of Charles Capps to the Garnishment of Escrow Funds from the Sale of Property.

Respectfully submitted:

KNOPP LAW GROUP P.A.

By: _/s/ Ted E. Knopp_
     Ted E. Knopp, SC #11437
     *Attorney for Petitioner*

1