MAIL TO:
Gary Bohannon and Kendra Bohannon
3103 N. Governeour St
Wichita, KS 67226

# STATUTORY WARRANTY DEED

**Duaglo, LLC, a Kansas limited liability company**, Grantor, conveys and warrants to

**Michael Capps**, Grantee, the following described premises, to-wit:

   Lot 4, Block 2, Cottonwood Village Sixth Addition to Wichita, Sedgwick County, Kansas.

For the sum of One Dollar and other good and valuable consideration.   *exemption #12*
Subject to: easements and restrictions of record, if any.
"Grantor" and "Grantee" are used for the singular or plural as context requires.

Executed to be effective as of December 14, 2023.

**Duaglo, LLC, a Kansas limited liability company**

By: _/s/ Vail Fruechting_
Vail Fruechting, Manager

State of Kansas, County of Sedgwick} ss.

This instrument was acknowledged before me on December 14th, 2023 by Vail Fruechting, Manager of Duaglo, LLC, a Kansas limited liability company, for and on behalf of said company.

My Commission Expires: _____       _/s/ Hamman_
                                                Notary Public

TAMMY HAMMAN
NOTARY PUBLIC
STATE OF KANSAS
MY COMM. EXPIRES
06-30-2024



EXHIBIT
C



Security 1st Title  |  3049465  |  docs_midwest/recordable_docs/ks/ks_deed_all_basic_ltr.html