MAIL TO:
Gary Bohannon and Kendra Bohannon
3103 N. Governeour St
Wichita, KS 67226

# STATUTORY WARRANTY DEED

(Joint tenants with right of survivorship)

**Michael Capps,** a single person, Grantor, conveys and warrants to

**Gary Bohannon and Kendra Bohannon,** Grantee, as joint tenants with the rights of survivorship, and not as tenants in common, the following described premises, to-wit:

**Lot 4, Block 2, Cottonwood Village Sixth Addition to Wichita, Sedgwick County, Kansas.**

For the sum of One Dollar and other good and valuable consideration.

Subject to: easements and restrictions of record, if any.

"Grantor" and "Grantee" are used for the singular or plural as context requires.

Executed to be effective as of December 14, 2023.

**Michael Capps**

State of Kansas, County of Sedgwick} ss.

This instrument was acknowledged before me on December 14th, 2023 by Michael Capps, a single person.

My Commission Expires: _____

TAMMY HAMMAN
NOTARY PUBLIC
STATE OF KANSAS
MY COMM. EXPIRES
06-30-2024

_____
Notary Public



**EXHIBIT**

D

_____

