| | |
|---|---|
| **From:** | Sheedy, Kathryn (USAKS) |
| **To:** | Rabe, Michelle (USAKS) |
| **Subject:** | Fwd: Security 1st Title Delivery (3103 N. Governeour St.)(Buyer: BOHANNON)(Your 400223107196139)(Our 3049465) |
| **Date:** | Wednesday, November 22, 2023 11:09:20 AM |
| **Attachments:** | 23.08.28 Contract for Purchase of Property and Redemption Rights.pdf |
| | 23.08.28 Required Disclosure.pdf |
| | QCD-1.pdf |
| | Real Estate Contract.pdf |
| | 23.08.28 Assignmemt of Redemption.pdf |
| | 3049465_ALTA_Settlement_Statement_-_Seller.pdf |

Get Outlook for iOS

**From:** Ted Knopp <tknopp@knopplaw.com>
**Sent:** Wednesday, November 22, 2023 10:49:39 AM
**To:** Sheedy, Kathryn (USAKS) <KSheedy@usa.doj.gov>
**Subject:** [EXTERNAL] Security 1st Title Delivery (3103 N. Governeour St.)(Buyer: BOHANNON)(Your 400223107196139)(Our 3049465)

Ms. Sheedy,

Attached are the second installment of information for the Capps redemption.

Mr. Capps sold his redemption rights to Duaglo LLC, a Kansas limited liability company in exchange for the right to repurchase the property by the end of this month.

Duaglos redeemed by paying $155,027.04 to the lender and is entitled to equitable subrogation to the position of the Lender.

Also attached is a settlement statement.  It INCORRECTLY shows Duaglo as the Seller.  It should show Michael Capps (or his adult son Chaz) as the seller, with a payoff to Duaglo of  $167,708.59.

I would note that Chaz Capps has been in charge of the remodeling and make-ready of the property and has mechanic's lien rights in the property for the improvements made.

If one of the Capps is the seller—either Michael or Chaz—the amount due Seller (based on the pro forma settlement stmt) is:

| | |
|---|---:|
| Sales price | $253,500.00 |
| Debits to Sales Price (excluding Federal Tax lien) | $26,252.75 |
| Purchase Price to Duaglo LLC | $167,708.59 |
| Est'd Net to Seller | $ 59,538.66 |



Please note that Michael Capps and Chaz both have been living in the home as a homestead throughout this period.

Finally, It appears that the interest of the USA is a judicial lien, not a statutory lien, and that the judicial lien of the USA recognizes the homestead exemption.   Please tell me where I am wrong.  I will take it up with Security Title whether this closing  may take place with a homestead affidavit.

---------

Ted E Knopp

Knopp Law Group P.A.

f/k/a Ted E Knopp, Chartered

310 W Central Ave, Suite 203

Wichita, KS 67202-1004

316.265.5882 (voice)

316.265.5892 (fax)

tknopp@knopplaw.com

CONFIDENTIALITY NOTICE: The information contained in this Electronic Mail transmission is confidential. It may be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s), copying or taking of any action because of this information is strictly prohibited.
We are a debt relief agency.  We help people file for bankruptcy relief under the Bankruptcy Code.
We are a debt collector. Any information obtained may be used for that purpose.
This email is unencrypted: (1) unencrypted e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; and (3) persons not participating in our communication may intercept our communication by improperly accessing your computer(s) or even some computer unconnected to either of us through which the e-mail passed.  If you do not wish to communicate via unencrypted e-mail, please let me know immediately