IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:21-cr-10073-EFM |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL R. CAPPS, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

**NOTICE OF APPEAL**

NOTICE is hereby given that Michael R. Capps, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum and Order (Doc. 229) entered in this action on the 5th day of November, 2024.

Respectfully submitted,

_____
Michael R. Capps, *pro se*
3804 S 28th West Ave
Tulsa, OK 74107
Telephone: (316) 371-3768
Email: cappsm@me.com

**CERTIFICATE OF SERVICE**

The undersigned certified that on December 31, 2024, a true and correct copy of the foregoing was filed and served electronically pursuant to the CM/ECF system on all counsel or record.

_____
Michael R. Capps, *pro se*