5B  (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 2 – Imprisonment

**FILED**
U.S. District Court
District of Kansas

JAN 23 2025

Clerk, U.S. District Court
By _MGM_ Deputy Clerk

DEFENDANT: Michael R Capps
CASE NUMBER: 6:21CR10073 - 001

Judgment – Page 3 of 8

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>27 months</u>.

Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15: 27 months on each count, running concurrently.

☒ The Court makes the following recommendations to the Bureau of Prisons:
At request of defendant, designation to a facility close to family in Wichita, Kansas, to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
☐ at ___ on ___.
☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before ___ on ___.
☒ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows: Fully

Defendant delivered on  12-31-24  to  FPC Florence
at  Florence, CO , with a certified copy of this judgment.

D. Jones, Warden
UNITED STATES MARSHAL

By  S. Jordan Brocken
Deputy U.S. Marshal

U. S. MARSHALS SERVICE
RECEIVED
JAN 15 2025
DISTRICT OF KANSAS