IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

    Case No. 21-10073-EFM

MICHAEL R. CAPPS,

    *Defendant.*

**ORDER**

The Court previously imposed a stay on its Order (Doc. 262) Denying Defendant's Motions to Reduce Sentence, staying the Order so Defendant could file a Reply to the Government's Response by February 26, 2025. Defendant has now filed his reply.[1] The Court has reviewed Defendant's submissions, and they do not contain any materially new allegations or arguments that change the Court's decision. Thus, the Court lifts its stay on its previous order denying Defendant's motions for release and filed that Order in its original form.[2]

---

[1] Defendant filed two replies.

[2] Defendant captioned one of his replies as a "Verified Consolidated Reply to Government's Response and Motion for Reconsideration." Doc. 268. The Court's Order was stayed to receive Defendant's Reply and thus Defendant could not file a motion for reconsideration of the Court's stayed order. Thus, the Court considers Defendant's motion for reconsideration (if in fact he filed such a motion; the submission is unclear) moot.

-2-

**IT IS THEREFORE ORDERED** that the Court lifts its stay on the Memorandum and Order (Doc. 262), dated February 14, 2025 and files the Order in its original form.

**IT IS SO ORDERED**.

Dated this 27th day of February, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE