CLOSED,APPEAL

# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CRIMINAL DOCKET FOR CASE #: 6:21−cr−10073−EFM−1

Case title: USA v. Capps

Date Filed: 09/08/2021

Date Terminated: 05/12/2023

Assigned to: Chief District Judge
Eric F. Melgren

Appeals court case numbers:
23−3095 10CCA, 24−3083
10CCA, 24−3204 10CCA,
25−3025 10CCA

**Defendant (1)**

| | | |
|---|---|---|
| **Michael R. Capps**<br>*E−Filing & ECF Notifications*<br>*TERMINATED: 05/12/2023* | represented by | **Michael R. Capps**<br>1611 S Utica Ave<br>Pmb 328<br>Tulsa, OK 74107<br>316−371−3768<br>Email: cappsm@gmail.com<br>PRO SE<br>*Bar Number:*<br>*Bar Status:* |

**Jacob Rasch−Chabot**
Office of Federal Public Defender − Denver
633 17th Street, Suite 1000
Denver, CO 80202−3610
303−294−7002
Fax: 303−294−1192
Alternative Phone:
Cell Phone:
Email: Jacob.Rasch−Chabot@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number:*
*Bar Status:* **Government Atty**

**Kurt P. Kerns**
Kerns Law Group
328 North Main
Wichita, KS 67202
316−265−5511

1

Fax: 316–265–4433
Alternative Phone:
Cell Phone:
Email: kurtpkerns@aol.com
*TERMINATED: 05/30/2023*
*Designation: Retained*
*Bar Number: 15028*
*Bar Status: Active*

**Pending Counts**

**Disposition**

18:1014 False statement to a bank for a PPP loan; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(1)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1344(2) Bank fraud–PPP loan; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(2)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1001(a) False statement to the SBA for EIDL loan 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(4–5)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1343 Wire fraud, SBA; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(7–8)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1343 Wire fraud, Kansas Department of Commerce; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(9–10)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1957 Money laundering; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(12–14)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

18:1957 Money laundering; 18:2 Aiding and abetting (INDICTMENT 9/8/2021)
(15)

Sentenced to 27 months imprisonment and 2 years supervised release on Cts. 1, 2, 4, 5, 7, 8, 9, 10, 12, 13, 14, & 15,each count running concurrently. $1200.00 special assessment fee. $318,647.21 restitution

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1001(a) False statement to the SBA for EID loan 18:2 Aiding and abetting (INDICTMENT 9/8/2021) (3) | Acquitted |
| 18:1343 Wire fraud, SBA; 18:2 Aiding and abetting (INDICTMENT 9/8/2021) (6) | Acquitted |
| 18:1343 Wire fraud, Sedgwick County; 18:2 Aiding and abetting (INDICTMENT 9/8/2021) (11) | Dismissed per the Order filed 12/13/2022. |
| 18:1957 Money laundering; 18:2 Aiding and abetting (INDICTMENT 9/8/2021) (16–19) | Acquitted |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Garnishee**

**Northwestern Mutual**
Beneficiary & Title
720 E Wisconsin Ave
Milwaukee, WI 53202
*TERMINATED: 09/07/2023*

---

**Garnishee**

**Ohio National Life Assurance Corporation**
One Financial Way
Cincinnati, OH 45242
*TERMINATED: 09/07/2023*

---

**Garnishee**

**Knopp Law Group, P.A.**
310 W. Central Ave.
Wichita, KS 67202–1004

---

**Garnishee**

**Coinbase, Inc.**
c/o Corporation Service Company
1100 SW Wanamaker Rd., Ste. 201
Topeka, KS 66604

---

**Garnishee**

**Security 1st Title, LLC**
c/o David Armagost, Resident Agent
727 N. Waco
Suite 300
Wichita, KS 67203

---

**Claimant**

**Charles Capps**                    represented by    **Ted E. Knopp**
                                                        Knopp Law Group, PA
                                                        The Quarters
                                                        310 W. Central Avenue, Suite 203
                                                        Wichita, KS 67202
                                                        316–265–5882
                                                        Fax: 316–265–5892
                                                        Alternative Phone: 316–644–6781
                                                        Cell Phone: 316–644–6781
                                                        Email: tknopp@knopplaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*
                                                        *Bar Number: 11437*
                                                        *Bar Status: Active*

---

**Movant**

**Duaglo, LLC**                      represented by    **Ted E. Knopp**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*
                                                        *Bar Number: 11437*
                                                        *Bar Status: Active*

---

**Plaintiff**

**USA**                                represented by   **Alan G. Metzger**
Office of United States Attorney – Wichita
301 N. Main Street, Suite 1200
Wichita, KS 67202–4812
316–648 0531
Alternative Phone:
Cell Phone: 316–648–0531
Email: alan.metzger54@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 10143*
*Bar Status: **Inactive***

**Annette Gurney**
Office of United States Attorney – Wichita
301 N. Main Street, Suite 1200
Wichita, KS 67202–4812
316–269–6481
Fax: 316–269–6484
Alternative Phone:
Cell Phone: 316–250–8393
Email: annette.gurney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 11602*
*Bar Status: Active*

**Carrie Nicole Capwell**
Office of United States Attorney – KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
913–551–6908
Alternative Phone:
Cell Phone:
Email: carrie.capwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 78677*
*Bar Status: Active*

**Jared S. Maag**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683–3592
785–295–2858
Fax: 785–295–2853
Alternative Phone:
Cell Phone: 785–230–5635

Email: jared.maag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 17222*
*Bar Status: Active*

**Kathryn E. Sheedy**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683–3592
785–295–2921
Alternative Phone:
Cell Phone:
Email: kathryn.sheedy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 22867*
*Bar Status: Active*

**Molly M. Gordon**
Office of United States Attorney – Wichita
301 N. Main Street, Suite 1200
Wichita, KS 67202–4812
316–269–6681
Fax: 316–269–6484
Alternative Phone:
Cell Phone:
Email: molly.gordon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 23134*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2021 | 1 | INDICTMENT as to Michael R. Capps (1) – counts 1–19. (sz) (Entered: 09/09/2021) |
| 09/09/2021 | | SUMMONS ISSUED as to Michael R. Capps Initial Appearance set for 9/22/2021 at 01:30 PM by Zoom before Magistrate Judge Gwynne E. Birzer. (Pretrial form provided to USMS)(sz) (Entered: 09/09/2021) |
| 09/10/2021 | 2 | SUMMONS RETURNED EXECUTED on 9/10/2021 as to Michael R. Capps. (jk) (Entered: 09/10/2021) |
| 09/21/2021 | 3 | ENTRY OF APPEARANCE by attorney Kurt P. Kerns appearing for Michael R. Capps. (Kerns, Kurt) (Entered: 09/21/2021) |

| 09/21/2021 | 4 | CONSENT TO APPEAR BY VIDEO OR TELEPHONE CONFERENCE for initial appearance, arraignment and detention hearing as to Michael R. Capps. (Kerns, Kurt) Modified on 9/22/2021 to add additional hearings. (mam) (Entered: 09/21/2021) |
| --- | --- | --- |
| 09/22/2021 | 5 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>NOTICE OF SURRENDERED PASSPORT as to Michael R. Capps. (Passport Number 640927769, issued by USA.) (mam) (Entered: 09/22/2021) |
| 09/22/2021 | 6 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: RULE 5/INITIAL APPEARANCE and ARRAIGNMENT as to Michael R. Capps held on 9/22/2021 by ZOOM, Count(s) 1,2,3,4−5,6−8,9−10,11,12−19. Due Process Protections Act advisement given. The Government adopted the recommendations of Pretrial Services for release on conditions. Defendant provided verbal consent for Zoom. Defendant's next appearance per the Scheduling Order of Judge Melgren. (Tape #1:31−1:41) (sz) (Entered: 09/23/2021) |
| 09/22/2021 | 7 | ORDER SETTING CONDITIONS OF RELEASE as to Michael R. Capps (1) − $25,000 unsecured bond. Signed by Magistrate Judge Gwynne E. Birzer on 9/22/2021. (sz) (Entered: 09/24/2021) |
| 09/23/2021 | | ORDER as to Michael R. Capps − Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. Signed by Magistrate Judge Gwynne E. Birzer on 9/22/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 09/23/2021) |
| 09/24/2021 | 8 | BOND POSTED as to Michael R. Capps. (sz) (Entered: 09/24/2021) |
| 09/27/2021 | 9 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: as to Michael R. Capps. Status Conference set for 11/8/2021 at 10:15 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 11/23/2021 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 9/27/2021. (cm) (Entered: 09/27/2021) |
| 10/27/2021 | 10 | MOTION to Continue Status Conference and Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 10/27/2021) |
| 10/28/2021 | 11 | ORDER TO CONTINUE granting 10 Motion to Continue. Speedy Trial time excluded from 11/23/2021 until 1/25/2022 as to Michael R. Capps (1). Status Conference set for 1/12/2022 at 08:45 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 1/25/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 10/28/2021. (sz) (Entered: 10/28/2021) |
| 01/07/2022 | 12 | MOTION to Continue Status Conference and Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 01/07/2022) |
| 01/10/2022 | 13 | ORDER TO CONTINUE granting 12 Motion to Continue. Speedy Trial time excluded from 1/12/2022 until 3/29/2022 as to Michael R. Capps (1). Status |

| | | |
|---|---|---|
| | | Conference set for 3/14/2022 at 08:15 AM in Wichita Room 414 (EFM) before Chief District Judge Eric F. Melgren. Jury Trial set for 3/29/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 1/10/2022. (sz) (Entered: 01/10/2022) |
| 03/02/2022 | 14 | JOINT MOTION to Continue Status Conference and Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 03/02/2022) |
| 03/03/2022 | 15 | ORDER TO CONTINUE granting 14 Motion to Continue. Speedy Trial time excluded from 3/14/2022 until 6/7/2022 as to Michael R. Capps (1). Status Conference set for 5/31/2022 at 10:00 AM in Wichita Room 414 (EFM) before Chief District Judge Eric F. Melgren. Jury Trial set for 6/7/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 3/3/2022. (sz) (Entered: 03/03/2022) |
| 03/03/2022 | 16 | NOTICE OF HEARING as to Defendant Michael R. Capps. **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING.** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Due to a conflict on the court's calendar, the Status Conference is reset for 6/1/2022 at 01:30 PM in Wichita Room 414 (EFM) before Chief District Judge Eric F. Melgren. (cm) (Entered: 03/03/2022) |
| 05/04/2022 | 17 | MOTION to Continue Status Conference and Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 05/04/2022) |
| 05/05/2022 | 18 | ORDER TO CONTINUE granting 17 Motion to Continue. Speedy Trial Time excluded from 6/1/2022 until 8/16/2022 as to Michael R. Capps (1). Status Conference set for 8/5/2022 at 02:00 PM in Wichita Room 414 (EFM) before Chief District Judge Eric F. Melgren. Jury Trial set for 8/16/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 5/5/2022. (sz) (Entered: 05/05/2022) |
| 07/08/2022 | 19 | MOTION to Continue Status Conference and Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 07/08/2022) |
| 07/11/2022 | 20 | MOTION to Continue Status Conference and Jury Trial by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 07/11/2022) |
| 07/12/2022 | 21 | ORDER TO CONTINUE granting 19 Motion to Continue as to Michael R. Capps (1); finding as moot 20 Motion to Continue as to Michael R. Capps (1). Status Conference set for 10/31/2022 at 09:45 AM in Wichita Room 414 (EFM) before Chief District Judge Eric F. Melgren. Jury Trial set for 11/15/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 7/12/2022. (sz) (Entered: 07/12/2022) |
| 10/26/2022 | 22 | MOTION in Limine by USA as to Michael R. Capps. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8)(Metzger, Alan) (Entered: 10/26/2022) |
| 10/26/2022 | 23 | SEALED MOTION for Leave to File Under Seal Motion in Limine by USA as to Michael R. Capps. (Attachments: # 1 Proposed Sealed Document, # 2 Proposed Sealed Document Exhibit 10, # 3 Proposed Sealed Document Exhibit 15, # 4 Proposed Sealed Document Exhibit 23)(Metzger, Alan) (Entered: 10/26/2022) |
| 10/27/2022 | 24 | ORDER granting 23 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED |

| | | |
|---|---|---|
| | | DOCUMENTS category as to Michael R. Capps (1) Signed by Chief District Judge Eric F. Melgren on 10/27/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/27/2022) |
| 10/27/2022 | 25 | SEALED MOTION in Limine by USA as to Michael R. Capps. (Attachments: # 1 Exhibit 10, # 2 Exhibit 15, # 3 Exhibit 23)(Metzger, Alan) (Entered: 10/27/2022) |
| 10/28/2022 | 26 | AMENDED MOTION in Limine by USA as to Michael R. Capps. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9)(Metzger, Alan) (Entered: 10/28/2022) |
| 10/31/2022 | 27 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: STATUS CONFERENCE as to Michael R. Capps held on 10/31/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/31/2022) |
| 10/31/2022 | 28 | MOTION to Continue Jury Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 10/31/2022) |
| 10/31/2022 | 29 | ORDER granting 28 Motion to Continue Jury Trial. Speedy trial time excluded from 11/15/2022 until 12/20/2022 as to Michael R. Capps (1). Jury Trial is reset for 12/20/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 10/31/2022. (mam) (Entered: 10/31/2022) |
| 10/31/2022 | 30 | ORDER as to Michael R. Capps re 26 Amended MOTION in Limine filed by USA. At the direction of Chief Judge Eric F. Melgren, defendant will file a response to the Amended Motion in Limine on or before 11/7/2022. Signed by Chief District Judge Eric F. Melgren on 10/31/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/31/2022) |
| 10/31/2022 | 31 | ORDER granting in part and denying in part 25 Sealed Motion as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 10/31/2022. (ca) (Entered: 10/31/2022) |
| 11/01/2022 | 32 | NOTICE OF HEARING as to Defendant Michael R. Capps. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Jury Trial set for 12/12/2022 at 09:00 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Jury Trial set for 12/14/2022, 12/15/2022, and 12/19/2022 at 08:30 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. (cm) (Entered: 11/01/2022) |
| 11/17/2022 | 33 | UNOPPOSED MOTION in Limine by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/17/2022) |
| 11/17/2022 | 34 | TRIAL ORDER estimated trial time 4 days as to Michael R. Capps. In Limine/Jury Instructions Conference set for 12/2/2022 at 01:30 PM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 11/17/2022. (cm) (Entered: 11/17/2022) |
| 11/17/2022 | 35 | ORDER granting 33 Motion in Limine as to Michael R. Capps (1). Exhibit 29 may be admitted into evidence during the trial of this matter without the necessity of a sponsoring/foundation witness. Signed by Chief District Judge Eric F. Melgren on 11/17/2022. (sz) (Entered: 11/17/2022) |

| 11/28/2022 | 36 | EXHIBIT LIST by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/28/2022) |
|---|---|---|
| 11/28/2022 | 37 | WITNESS LIST by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/28/2022) |
| 11/29/2022 | 38 | AMENDED EXHIBIT LIST by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/29/2022) |
| 11/30/2022 | 39 | PROPOSED JURY INSTRUCTIONS by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/30/2022) |
| 11/30/2022 | 40 | ENTRY OF APPEARANCE on behalf of USA by Molly M. Gordon. (Gordon, Molly) (Entered: 11/30/2022) |
| 11/30/2022 | 41 | PROPOSED JURY INSTRUCTIONS by Michael R. Capps. (Kerns, Kurt) (Entered: 11/30/2022) |
| 11/30/2022 | 42 | PROPOSED VOIR DIRE QUESTIONS by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 11/30/2022) |
| 11/30/2022 | 43 | EXHIBIT LIST by Michael R. Capps. (Kerns, Kurt) (Entered: 11/30/2022) |
| 11/30/2022 | 44 | WITNESS LIST by Michael R. Capps. (Kerns, Kurt) (Entered: 11/30/2022) |
| 11/30/2022 | 45 | PROPOSED VOIR DIRE QUESTIONS by Michael R. Capps. (Kerns, Kurt) (Entered: 11/30/2022) |
| 12/02/2022 | 46 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: granting 26 Motion in Limine as to Michael R. Capps (1); finding as moot 22 Motion in Limine as to Michael R. Capps (1); PRETRIAL CONFERENCE as to Michael R. Capps held on 12/2/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/02/2022) |
| 12/05/2022 | 47 | SUPPLEMENTAL PROPOSED JURY INSTRUCTION by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 12/05/2022) |
| 12/05/2022 | 48 | NOTICE OF HEARING as to Defendant Michael R. Capps.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) In Court/Jury Instructions Conference set for 12/9/2022 at 09:00 AM in Wichita Courtroom 408 (EFM)before Chief District Judge Eric F. Melgren. (cm) (Entered: 12/05/2022) |
| 12/05/2022 | 49 | AMENDED EXHIBIT LIST by Michael R. Capps. (Kerns, Kurt) (Entered: 12/05/2022) |
| 12/06/2022 | 50 | AMENDED WITNESS LIST by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 12/06/2022) |
| 12/06/2022 | 51 | SECOND SUPPLEMENTAL PROPOSED JURY INSTRUCTION by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 12/06/2022) |
| 12/06/2022 | 52 | PROPOSED FORFEITURE JURY INSTRUCTIONS by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 12/06/2022) |
| 12/07/2022 | 53 | MOTION in Limine to Bar Expert Testimony by Michael R. Capps. (Kerns, Kurt) (Entered: 12/07/2022) |

| 12/07/2022 | 54 | NOTICE OF HEARING as to Defendant Michael R. Capps. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) In Court/Jury Instructions Conference set for 12/9/2022 at 09:00 AM in Wichita Room 414 (EFM)before Chief District Judge Eric F. Melgren. NOTE: THIS IS A LOCATION CHANGE ONLY. (cm) (Entered: 12/07/2022) |
| --- | --- | --- |
| 12/08/2022 | 55 | AMENDED WITNESS LIST by Michael R. Capps. (Kerns, Kurt) (Entered: 12/08/2022) |
| 12/08/2022 | 56 | RESPONSE TO MOTION by USA as to Michael R. Capps re 53 Motion in Limine to Bar Expert Testimony. (Metzger, Alan) (Entered: 12/08/2022) |
| 12/09/2022 | 57 | UNOPPOSED MOTION to Dismiss Count 11 by USA as to Michael R. Capps. (Metzger, Alan) (Entered: 12/09/2022) |
| 12/09/2022 | 60 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: IN COURT/JURY INSTRUCTIONS CONFERENCE as to Michael R. Capps held on 12/9/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/14/2022) |
| 12/12/2022 | 58 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: JURY TRIAL as to Michael R. Capps held on 12/12/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/12/2022) |
| 12/13/2022 | 59 | ORDER granting without prejudice 57 Unopposed Motion to Dismiss Count 11 as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 12/12/2022. (mam) (Entered: 12/13/2022) |
| 12/14/2022 | 61 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: JURY TRIAL as to Michael R. Capps held on 12/14/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/14/2022) |
| 12/15/2022 | 62 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: JURY TRIAL as to Michael R. Capps held on 12/15/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/15/2022) |
| 12/18/2022 | 63 | MOTION to Read Instructions to Jury at Close of Evidence by Michael R. Capps. (Kerns, Kurt) Modified on 12/19/2022 to re–title. (mam) (Entered: 12/18/2022) |
| 12/19/2022 | 64 | SECOND AMENDED EXHIBIT LIST by Michael R. Capps. (Kerns, Kurt) (Entered: 12/19/2022) |
| 12/19/2022 | 65 | ORDER denying, in open court, 63 Motion for Order as to Michael R. Capps (1) Signed by Chief District Judge Eric F. Melgren on 12/19/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/19/2022) |
| 12/19/2022 | 66 | ORDER for Juror Lunch as to Michael R. Capps. Signed by Chief District Judge Eric F. Melgren on 12/19/2022. (cm) (Entered: 12/19/2022) |
| 12/19/2022 | 67 | TRANSCRIPT of Jury Trial, Excerpt of James Clendenin, held 12–14–22 as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, |

| | | |
|---|---|---|
| | | 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Dion Lefler, Wichita Eagle.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 3/20/2023. (jw) (Entered: 12/19/2022) |
| 12/19/2022 | 68 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: JURY TRIAL as to Michael R. Capps held on 12/19/2022. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/19/2022) |
| 12/19/2022 | 69 | INSTRUCTIONS TO THE JURY as to Michael R. Capps. (sz) (Entered: 12/20/2022) |
| 12/21/2022 | 70 | QUESTIONS FROM THE JURY filed as to Michael R. Capps. (kas) (Entered: 12/21/2022) |
| 12/21/2022 | 71 | ORDER as to Michael R. Capps. Lunch ordered for jurors during deliberations. Signed by Chief District Judge Eric F. Melgren on 12/21/2022. (cm) (Entered: 12/21/2022) |
| 12/21/2022 | 72 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: JURY TRIAL as to Michael R. Capps concluded on 12/21/2022. (Court Reporter Jo Wilkinson) (Attachments: # 1 Witness Sheet, # 2 Exhibit List Plaintiff's, # 3 Exhibit List Defendant's) (cm) (Entered: 12/22/2022) |
| 12/21/2022 | 73 | JURY VERDICT as to Michael R. Capps (1). Defendant found Guilty on Counts 1–2, 4–5, 7–10 and 12–15; Not Guilty on Counts 3, 6 and 16–19. (mam) (Additional attachment(s) added on 12/22/2022: # 1 Unredacted Verdict) (mam). (Entered: 12/22/2022) |
| 12/21/2022 | 74 | FORFEITURE INSTRUCTIONS TO THE JURY as to Michael R. Capps. Signed by District Judge Eric F. Melgren on 12/21/2022. (mam) (Entered: 12/22/2022) |
| 12/21/2022 | 75 | SPECIAL VERDICT FORM FOR FORFEITURE as to Michael R. Capps. (mam) (Additional attachment(s) added on 12/22/2022: # 1 Unredacted Special Verdict Form) (mam). (Entered: 12/22/2022) |
| 12/27/2022 | 76 | TRANSCRIPT of Excerpt of Jury Trial, Defense Opening Statements, held December 12, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Molly M. Gordon.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact,** |

| | | |
|---|---|---|
| | | **of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 3/27/2023. (jw) (Entered: 12/27/2022) |
| 01/09/2023 | 77 | MOTION for New Trial by Michael R. Capps. (Kerns, Kurt) (Entered: 01/09/2023) |
| 01/12/2023 | 78 | NOTICE OF HEARING as to Defendant Michael R. Capps. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 3/10/2023 at 09:30 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. The court failed to docket the sentencing date at the conclusion of the trial. This entry fixes that error. (cm) (Entered: 01/12/2023) |
| 01/13/2023 | 79 | TRANSCRIPT of Excerpt of Jury Trial Volume III held December 15, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Molly Gordon. Volume: III.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 4/13/2023. (jw) (Entered: 01/13/2023) |
| 01/13/2023 | 80 | TRANSCRIPT of Excerpt of Jury Trial Volume IV held December 19, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Molly Gordon. Volume: IV.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 4/13/2023. (jw) (Entered: 01/13/2023) |
| 01/25/2023 | 81 | MOTION for a Preliminary Order of Forfeiture by USA as to Michael R. Capps. (Gurney, Annette) (Entered: 01/25/2023) |
| 01/27/2023 | 82 | RESPONSE TO MOTION by USA as to Michael R. Capps re 77 Motion for a New Trial. (Gordon, Molly) (Entered: 01/27/2023) |
| 02/16/2023 | 83 | ORDER OF FORFEITURE granting 81 Motion for a Preliminary Order of Forfeiture as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 2/16/2023. (sz) (Entered: 02/16/2023) |
| 02/17/2023 | 84 | MEMORANDUM AND ORDER denying 77 Defendant's Motion for a New Trial as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 2/17/2023. (mam) (Entered: 02/17/2023) |
| 02/21/2023 | 85 | NOTICE OF HEARING as to Defendant Michael R. Capps.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Due to a conflict on the Court's calendar, the Sentencing is being reset for 3/30/2023 at 02:30 PM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. (cm) (Entered: 02/21/2023) |
| 03/22/2023 | 86 | NOTICE OF HEARING as to Defendant Michael R. Capps.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) At request of counsel, the Sentencing is reset for 4/24/2023 at 01:30 PM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Sentencing Memorandum Deadline set for 4/17/2023. (cm) (Entered: 03/22/2023) |
| 04/14/2023 | 87 | PRESENTENCE INVESTIGATION REPORT as to Michael R. Capps.  **(NOTE: Access to this document is restricted to the USA and this defendant.)**  (USPO) (Entered: 04/14/2023) |
| 04/14/2023 | 88 | NOTICE OF HEARING as to Defendant Michael R. Capps.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 5/11/2023 at 02:00 PM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Sentencing Memorandum Deadline set for 5/5/2023. (cm) (Entered: 04/14/2023) |
| 05/01/2023 | 89 | TRANSCRIPT of Jury Trial, Testimony of Michael Capps, held December 15, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Molly Gordon.  **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 7/31/2023. (jw) (Entered: 05/01/2023) |
| 05/01/2023 | 90 | TRANSCRIPT of Jury Trial, Testimony of Michael Capps, held December 19, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Ms. Molly Gordon.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Release of Transcript Restriction set for 7/31/2023. (jw) (Entered: 05/01/2023) |
| 05/05/2023 | 91 | SENTENCING MEMORANDUM by USA as to Michael R. Capps. (Gordon, Molly) (Entered: 05/05/2023) |
| 05/05/2023 | 92 | SENTENCING MEMORANDUM by Michael R. Capps. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Kerns, Kurt) (Entered: 05/05/2023) |
| 05/10/2023 | 93 | SERVICE BY PUBLICATION filed by USA as to Michael R. Capps. Last publication date April 15, 2023. (Attachments: # 1 Attachment 1)(Gurney, Annette) (Entered: 05/10/2023) |
| 05/10/2023 | 94 | RESPONSE to 92 Sentencing Memorandum by USA as to Michael R. Capps. (Gordon, Molly) (Entered: 05/10/2023) |
| 05/11/2023 | 95 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: SENTENCING HEARING held on 5/11/2023 as to defendant Michael R. Capps. Defendant was sentenced to 27 months to Bureau of Prisons and was allowed to self–surrender. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 05/11/2023) |
| 05/12/2023 | 96 | EXHIBIT LIST by Government from Sentencing for Michael R. Capps. (cm) (Entered: 05/12/2023) |
| 05/12/2023 | 97 | AMENDED PRESENTENCE INVESTIGATION REPORT as to Michael R. Capps.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 05/12/2023) |
| 05/12/2023 | 98 | |

| | | |
|---|---|---|
| | | JUDGMENT as to Michael R. Capps (1) – Counts: 1, 2, 4, 5, 7–10, 12–15 Sentenced to 27 months imprisonment and 2 years supervised release; each count, running concurrently. $1200.00 special assessment fee. $318,647.21 restitution. Acquitted on Counts 3, 6, 16, 17, 18, and 19. Count 11, Dismissed per the Order filed 12/13/2022. Signed by Chief District Judge Eric F. Melgren on 5/12/2023. (ca) (Entered: 05/12/2023) |
| 05/12/2023 | 99 | STATEMENT OF REASONS as to Michael R. Capps re 98 Judgment.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(ca) (Entered: 05/12/2023) |
| 05/16/2023 | 100 | MOTION to Withdraw Kurt Kerns as Attorney by Michael R. Capps. (Kerns, Kurt) (Entered: 05/16/2023) |
| 05/17/2023 | 101 | NOTICE OF APPEAL TO 10CCA as to defendant Michael R. Capps. (Kerns, Kurt) (Entered: 05/17/2023) |
| 05/26/2023 | | APPEAL FEE STATUS: filing fee Not Paid re: 101 Notice of Appeal on behalf of Defendant Michael R. Capps. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (kas) (Entered: 05/26/2023) |
| 05/26/2023 | 102 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Michael R. Capps re 101 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(kas) (Entered: 05/26/2023) |
| 05/26/2023 | 103 | MOTION for Determination of Eligibility for Appointment of Counsel Under CJA by Michael R. Capps. (Kerns, Kurt) (Entered: 05/26/2023) |
| 05/26/2023 | 104 | DESIGNATION OF RECORD ON APPEAL by Michael R. Capps re 101 Notice of Appeal. (Appeal No. 23–3095) (Kerns, Kurt) (Additional attachment(s) added on 6/12/2023: # 1 Corrected Designation of Record) (msb) (Entered: 05/26/2023) |
| 05/26/2023 | 105 | (VIEW RESTRICTED – PLEASE DISREGARD THIS ENTRY AND SEE DE 108 FOR CORRECT ENTRY.) –– TRANSCRIPT ORDER FORM: Transcript Requested Sentencing 5/11/23 re 101 Notice of Appeal filed by Michael R. Capps. (Kerns, Kurt) Modified text on 5/30/2023. (msb) (Entered: 05/26/2023) |
| 05/26/2023 | 106 | (VIEW RESTRICTED – PLEASE DISREGARD THIS ENTRY AND SEE DE 108 FOR CORRECT ENTRY.) –– TRANSCRIPT ORDER FORM: Transcript Requested Sentencing 5/11/23 re 101 Notice of Appeal filed by Michael R. Capps. (Kerns, Kurt) Modified text on 5/30/2023. (msb) (Entered: 05/26/2023) |
| 05/26/2023 | 107 | APPEAL DOCKETED in 10CCA on 5/26/2023 and assigned Appeal No. 23–3095 re 101 Notice of Appeal filed by Michael R. Capps. (kas) (Entered: 05/26/2023) |
| 05/30/2023 | 108 | TRANSCRIPT ORDER FORM: Transcript Requested Sentencing 5/11/23 re 101 Notice of Appeal filed by Michael R. Capps. (Kerns, Kurt) (Additional attachment(s) added on 5/30/2023: # 1 Transcript Order Form) (msb) (Entered: 05/30/2023) |
| 05/30/2023 | 109 | ORDER granting 103 Motion to Determine Eligibility for Appointment of Counsel Under CJA as to Michael R. Capps (1). The Court finds that the defendant is eligible for the appointment of counsel under CJA and is granted IFP status. Signed by Chief District Judge Eric F. Melgren on 5/30/2023. (kas) (Entered: 05/30/2023) |

| 05/30/2023 | 110 | CJA 23 FINANCIAL AFFIDAVIT by Michael R. Capps. (kas) (Entered: 05/30/2023) |
|---|---|---|
| 05/30/2023 | 111 | ORDER granting 100 Motion to Withdraw as to Michael R. Capps (1). Attorney Kurt Kerns is withdrawn from this case. Signed by Chief District Judge Eric F. Melgren on 5/30/2023. (kas) (Entered: 05/30/2023) |
| 05/31/2023 | 112 | ORDER of 10CCA appointing the Federal Public Defender for the Districts of Colorado and Wyoming to represent appellant Michael R. Capps re 101 Notice of Appeal. (Appeal No. 23–3095) (kas) (Entered: 05/31/2023) |
| 06/12/2023 | 113 | DOCKET ANNOTATION: Please find attached the corrected 104 Designation of Record on Appeal filed by Michael R. Capps. The corrected document has been attached to the original filing DE 104 and to this filing for noticing purposes only. (msb) (Entered: 06/12/2023) |
| 06/12/2023 | 114 | ENTRY OF APPEARANCE by attorney Jacob Rasch–Chabot appearing for Michael R. Capps. (Rasch–Chabot, Jacob) (Entered: 06/12/2023) |
| 06/12/2023 | 115 | MOTION for Release Pending Appeal by Michael R. Capps. (Rasch–Chabot, Jacob) (Entered: 06/12/2023) |
| 06/14/2023 | 116 | ORDER as to Michael R. Capps re 115 Motion for Release Pending Appeal filed by Michael R. Capps. At the direction of Judge Eric F. Melgren, the government's response to DE 115 is due on or before 6/20/2023. Signed by Chief District Judge Eric F. Melgren on 6/14/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 06/14/2023) |
| 06/20/2023 | 117 | ORDER as to Michael R. Capps re 115 Morion for Release >Pending Appeal filed by Michael R. Capps. At the direction of Judge Eric F. Melgren, the government's response is now due on or before noon, 6/22/2023. Signed by Chief District Judge Eric F. Melgren on 6/20/2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 06/20/2023) |
| 06/21/2023 | 118 | RESPONSE TO MOTION by USA as to Michael R. Capps re 115 Motion for Release Pending Appeal. (Gordon, Molly) (Entered: 06/21/2023) |
| 06/22/2023 | 119 | REPLY TO RESPONSE TO MOTION by Michael R. Capps re 115 Motion for Release Pending Appeal. (Rasch–Chabot, Jacob) (Entered: 06/22/2023) |
| 06/22/2023 | 120 | TRANSCRIPT ORDER FORM: Transcript Requested Initial appearance on 9/22/21; Pretrial Conference held on 12/2/2022; Jury Instructions Conference on 12/9/22; Jury Trial held on 12/12/22, 12/14/22, 12/15/22, 12/19/22,12/21/22; Sentencing Hearing held 5/11/23. re 101 Notice of Appeal filed by Michael R. Capps. (Rasch–Chabot, Jacob) (Entered: 06/22/2023) |
| 06/23/2023 | 121 | MEMORANDUM AND ORDER granting 115 Motion for Release from Custody Pending Appeal as to Michael R. Capps. Signed by Chief District Judge Eric F. Melgren on June 23, 2023. (mls) (Entered: 06/23/2023) |
| 07/06/2023 | 122 | TRANSCRIPT ORDER FORM by Court Reporter Johanna L. Wilkinson ordering trial transcripts held on 12/9/22, 12/12/22, 12/14/22, 12/15/22, 12/19/22, 12/21/22, Pretrial Conference held 12/2/22, 9/22/21 Initial Appearance, and 5/11/23 Sentencing Hearing re 101 Notice of Appeal filed by Michael R. Capps. (Appeal No. 23–3095) Transcripts due by 7/22/2023. (kas) (Entered: 07/06/2023) |

| 07/17/2023 | 123 | ENTRY OF APPEARANCE on behalf of USA by Kathryn E. Sheedy. (Sheedy, Kathryn) (Entered: 07/17/2023) |
|---|---|---|
| 07/17/2023 | 124 | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT to Garnishee Northwestern Mutual by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 07/17/2023) |
| 07/17/2023 | 125 | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT to Garnishee Ohio National Life Assurance Corporation by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 07/17/2023) |
| 07/17/2023 | 126 | WRIT OF CONTINUING GARNISHMENT ENTERED BY CLERK as to Michael R. Capps. Garnishee Ohio National Life Assurance Corporation; writ issued to US Attorney. (Attachments: # 1 Instructions to Debtor)(nao) (Entered: 07/17/2023) |
| 07/17/2023 | 127 | WRIT OF CONTINUING GARNISHMENT ENTERED BY CLERK as to Michael R. Capps. Garnishee Northwestern Mutual; writ issued to US Attorney. (Attachments: # 1 Instructions to Debtor) (nao) (Entered: 07/17/2023) |
| 07/20/2023 | 128 | CERTIFICATE OF FILING OF TRANSCRIPT by Court Reporter Johanna L. Wilkinson. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 129 | TRANSCRIPT of Other Hearing held September 22, 2021 as to Michael R. Capps before Judge Gwynne E. Birzer, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Tape Number: 1:31–1:41. Transcript purchased by: Mr. Jacob Rasch–Chabot.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 130 | TRANSCRIPT of Motion Hearing held December 2, 2022 as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch–Chabot.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 131 | TRANSCRIPT of Other Hearing held December 9, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch−Chabot.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 132 | TRANSCRIPT of Jury Trial Volume I held December 12, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch−Chabot. Volume: I.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 133 | TRANSCRIPT of Jury Trial Volume II held December 14, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch−Chabot. Volume: II.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 134 | TRANSCRIPT of Jury Trial Volume III held December 15, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch–Chabot. Volume: III.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 135 | TRANSCRIPT of Jury Trial Volume IV held December 19, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch–Chabot. Volume: IV.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | 136 | TRANSCRIPT of Jury Trial Volume V held December 21, 2022, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch–Chabot. Volume: V.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/20/2023 | <u>137</u> | TRANSCRIPT of Sentencing Hearing held May 11, 2023, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, redwoof58@yahoo.com. Transcript purchased by: Mr. Jacob Rasch–Chabot. **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 10/18/2023. (Wilkinson, Johanna) (Entered: 07/20/2023) |
| 07/31/2023 | <u>138</u> | RECORD ON APPEAL transmitted to 10CCA electronically as to Michael R. Capps. Volumes 3 re <u>101</u> Notice of Appeal. (Appeal No. 23–3095) (kas) (Entered: 07/31/2023) |
| 08/03/2023 | <u>139</u> | ANSWER to <u>127</u> Writ of Continuing Garnishment by Northwestern Mutual. (ca) (Entered: 08/03/2023) |
| 08/04/2023 | <u>140</u> | CERTIFICATE OF SERVICE by USA as to Michael R. Capps re <u>126</u> Writ of Continuing Garnishment as to Ohio National Life Assurance Corporation. (Sheedy, Kathryn) (Entered: 08/04/2023) |
| 08/04/2023 | <u>141</u> | CERTIFICATE OF SERVICE by USA as to Michael R. Capps re <u>127</u> Writ of Continuing Garnishment as to Northwestern Mutual. (Sheedy, Kathryn) (Entered: 08/04/2023) |
| 08/10/2023 | <u>142</u> | ANSWER to <u>126</u> Writ of Continuing Garnishment by Ohio National Life Assurance Corporation. (mam) (Entered: 08/10/2023) |
| 08/30/2023 | <u>143</u> | RETURN OF SERVICE of Notice of Forfeiture served on the FBI as to Michael R. Capps. (Gurney, Annette) (Entered: 08/30/2023) |
| 08/30/2023 | <u>144</u> | RETURN OF SERVICE of Notice of Forfeiture served on the property as to Michael R. Capps. (Gurney, Annette) (Entered: 08/30/2023) |
| 08/30/2023 | <u>145</u> | RETURN OF SERVICE of Notice of Forfeiture served on Pershing, LLC as to Michael R. Capps. (Gurney, Annette) (Entered: 08/30/2023) |
| 08/30/2023 | <u>146</u> | RETURN OF SERVICE of Notice of Forfeiture served on Cybertron International, Inc. as to Michael R. Capps. (Gurney, Annette) (Entered: 08/30/2023) |
| 08/30/2023 | <u>147</u> | RETURN OF SERVICE of Notice of Forfeiture served on the U.S. Small Business Administration as to Michael R. Capps. (Gurney, Annette) (Entered: 08/30/2023) |
| 09/05/2023 | <u>148</u> | |

| | | |
|---|---|---|
| | | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT to Garnishee Knopp Law Group, P.A. by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 09/05/2023) |
| 09/05/2023 | 149 | WRIT OF CONTINUING GARNISHMENT ENTERED BY CLERK as to Michael R. Capps. Garnishee Knopp Law Group, P.A.; writ issued to US Attorney. (Attachments: # 1 Notice and Instructions). (mls) (Entered: 09/05/2023) |
| 09/06/2023 | 150 | CERTIFICATE OF SERVICE by USA as to Michael R. Capps re 149 Writ of Continuing Garnishment as to Knopp Law Group, P.A. (Sheedy, Kathryn) (Entered: 09/06/2023) |
| 09/06/2023 | 151 | MOTION for Garnishee Order as to Northwestern Mutual by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 09/06/2023) |
| 09/06/2023 | 152 | MOTION for Garnishee Order as to Ohio National Life Assurance Corporation by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 09/06/2023) |
| 09/07/2023 | 153 | GARNISHEE ORDER granting 151 Motion for Garnishee Order as to Michael R. Capps. Garnishee Northwestern Mutual shall immediately liquidate and pay over the property ($1,225.16) to the United States. Once Northwestern Mutual no longer has custody, possession, or control of any property in which Defendant Michael R. Capps has an interest or once Northwestern Mutual is no longer indebted to Defendant Michael R. Capps and will not become indebted to Defendant Michael R. Capps in the future, Northwestern Mutual is released and discharged as Garnishee in this action. Signed by Chief District Judge Eric F. Melgren on 9/7/2023. (mls) (Entered: 09/07/2023) |
| 09/07/2023 | 154 | GARNISHEE ORDER granting 152 Motion for Garnishee Order as to Michael R. Capps. Garnishee Ohio National Life Assurance Corporation shall immediately liquidate and pay over the property ($568.99) of Defendant Michael R. Capps to the United States. This order shall remain in effect until such time as Garnishee no longer has custody, possession, or control of any property in which Defendant Michael R. Capps has an interest or for which Ohio National Life Assurance Corporation is or may become indebted to Defendant. Once Garnishee Ohio National Life Assurance Corporation no longer has custody, possession, or control of any property in which Defendant Michael R. Capps has an interest or once Garnishee Ohio National Life Assurance Corporation is no longer indebted to Defendant Michael R. Capps and will not become indebted to Defendant Michael R. Capps in the future, Garnishee Ohio National Life Assurance Corporation is released and discharged as Garnishee in this action. Signed by Chief District Judge Eric F. Melgren on 9/7/2023. (mls) (Entered: 09/07/2023) |
| 09/12/2023 | 155 | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT to Garnishee Coinbase, Inc. by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 09/12/2023) |
| 09/12/2023 | 156 | WRIT OF CONTINUING GARNISHMENT ENTERED BY CLERK as to Michael R. Capps. Garnishee Coinbase, Inc.; writ issued to US Attorney. (Attachments: # 1 Instructions to Defendant) (jal) (Entered: 09/12/2023) |
| 09/19/2023 | 157 | CERTIFICATE OF SERVICE by USA as to Michael R. Capps re 156 Writ of Continuing Garnishment as to Coinbase, Inc. (Sheedy, Kathryn) (Entered: 09/19/2023) |

| 09/19/2023 | 158 | NOTICE of Garnishment and Instructions to Interested Parties by USA as to Michael R. Capps re 156 Writ of Continuing Garnishment to Coinbase, Inc. (Sheedy, Kathryn) (Entered: 09/19/2023) |
| 09/25/2023 | 159 | ANSWER to 156 Writ of Continuing Garnishment by Coinbase, Inc. (mam) (Entered: 09/25/2023) |
| 09/26/2023 | 160 | ANSWER to 149 Writ of Continuing Garnishment by Knopp Law Group, P.A. (mam) (Entered: 09/27/2023) |
| 12/08/2023 | 161 | PRO SE MOTION for Declaratory Judgment Regarding Exclusion of Social Security Disability Benefits from Garnishment and, in the Alternative, for Injunctive Relief by Michael R. Capps. (jal) (Entered: 12/08/2023) |
| 12/19/2023 | 162 | PARTIAL RELEASE OF JUDGMENT LIEN – Property Located in Sedgwick County, KS by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 12/19/2023) |
| 12/21/2023 | 163 | MOTION Dismiss Defendant's 161 Pro Se Motion for Declaratory Judgment Regarding Exclusion of Social Security Disability Benefits from Garnishment and, in the Alternative, for Injunctive Relief by USA as to Michael R. Capps. (Attachments: # 1 Exhibit A – Notice of Intent to Offset)(Sheedy, Kathryn) (Entered: 12/21/2023) |
| 12/29/2023 | 164 | MOTION to Enforce Sentencing Order by Michael R. Capps. (mam) (Entered: 01/02/2024) |
| 01/01/2024 | 165 | AMENDED MOTION to Enforce Sentencing Order by Michael R. Capps. (mam) (Entered: 01/02/2024) |
| 01/02/2024 | 166 | NOTICE OF INTENT by Michael R. Capps to File a Reply to 163 Motion to Dismiss Defendant's 161 Motion for Declaratory Judgment. (mam) (Entered: 01/02/2024) |
| 01/03/2024 | 167 | RESPONSE TO MOTION by Michael R. Capps re 163 Motion to Dismiss 161 Defendant's Motion for Declaratory Judgment. (mam) (Entered: 01/03/2024) |
| 01/11/2024 | 168 | RESPONSE TO MOTION by USA as to Michael R. Capps re 165 Amended Motion to Enforce Sentencing Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gurney, Annette) (Entered: 01/11/2024) |
| 01/18/2024 | 169 | REPLY TO RESPONSE TO MOTION by Michael R. Capps re 164 / 165 Motions to Enforce Sentencing Order. (mam) (Entered: 01/18/2024) |
| 02/05/2024 | 170 | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT to Garnishee Security 1st Title, LLC by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 02/05/2024) |
| 02/05/2024 | 171 | WRIT OF CONTINUING GARNISHMENT ENTERED BY CLERK as to Michael R. Capps. Garnishee Security 1st Title, LLC; writ issued to US Attorney. (Attachments: # 1 Instructions to Debtor) (jk) (Entered: 02/05/2024) |
| 02/09/2024 | 172 | NOTICE of Garnishment and Instructions to Interested Parties, Garnishee Security 1st Title, LLC by USA as to Michael R. Capps re 171 Writ of Continuing Garnishment (Sheedy, Kathryn) (Entered: 02/09/2024) |
| 02/14/2024 | 173 | CERTIFICATE OF SERVICE by USA as to Michael R. Capps re 171 Writ of Continuing Garnishment as to Security 1st Title. (Sheedy, Kathryn) (Entered: |

| | | 02/14/2024) |
|---|---|---|
| 02/27/2024 | 174 | LIMITED APPEARANCE of Claimant Charles Capps to Object to Garnishment (Doc. 171 ) AND to Provide Notice of Intepleader Action by Knopp Law Group, P.A. as to Michael R. Capps. (Knopp, Ted) Modified on 7/15/2024 to re−title. (mam) (Entered: 02/27/2024) |
| 02/28/2024 | 175 | EXEMPTION CLAIM AND HEARING REQUEST by Michael R. Capps. (kas) (Entered: 02/28/2024) |
| 02/29/2024 | 176 | ANSWER to 170 Application for Writ of Continuing Garnishment by Security 1st Title, LLC. (kas) (Entered: 02/29/2024) |
| 02/29/2024 | 177 | ORDER as to Michael R. Capps re 175 Motion for Hearing filed by Michael R. Capps, 174 Objections filed by Knopp Law Group, P.A. At the direction of Judge Eric F. Melgren, on or before 3/19/2024 the government is instructed to file responses to both DE 174 and DE 175 . Signed by Chief District Judge Eric F. Melgren on 2/29/2024. Mailed to pro se party Michael Capps by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 02/29/2024) |
| 03/04/2024 | | DOCKET ANNOTATION: Defendant Michael R. Capps is a registered Pro Se Participant with E−Filing and ECF Notifications with approval from the court pursuant to D. Kan. rule CR 49.2 (lrr) (Entered: 03/04/2024) |
| 03/19/2024 | 178 | RESPONSE to 174 Limited Appearance of Claimant Charles Capps to Object to Garnishment and to Provide Notice of Intepleader Action by USA as to Michael R. Capps. (Attachments: # 1 Exhibit Government Exhibits A through S) (Sheedy, Kathryn) (Entered: 03/19/2024) |
| 03/19/2024 | 179 | OBJECTION to Exemption Claim and 175 Hearing Request by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 03/19/2024) |
| 03/26/2024 | 180 | CERTIFICATE OF SERVICE by USA of First Set of Interrogatories to Defendant and First Request for Production of Documents and Electronically Stored Information as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 03/26/2024) |
| 04/03/2024 | 181 | MOTION for Extension of Time to File a Reply to the Response to the 179 Objection by Charles Capps as to Michael R. Capps. (Knopp, Ted) (Entered: 04/03/2024) |
| 04/03/2024 | 182 | ORDER granting 181 Motion for Extension of Time to File Reply as to Michael R. Capps (1). Reply deadline 4/17/2024. Signed by Chief District Judge Eric F. Melgren on 4/3/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 04/03/2024) |
| 04/08/2024 | 183 | MOTION for order for Stay of Restitution Pending Appeal by Michael R. Capps. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Rasch−Chabot, Jacob) (Entered: 04/08/2024) |
| 04/17/2024 | 184 | MOTION for Stay of Briefing by Charles Capps as to Michael R. Capps. (Knopp, Ted) (Entered: 04/17/2024) |
| 04/22/2024 | 185 | RESPONSE by USA as to Michael R. Capps re 183 Motion for Stay of Restitution Pending Appeal. (Attachments: # 1 Exhibit A − 2018−CV−001307 − Journal Entry Approving Settlement, # 2 Exhibit B − Warranty Deed − 10202 E Bronco, # 3 Exhibit C − 2018−PR−000662 − Accounting of Administrator, # 4 Exhibit D − |

| | | |
|---|---|---|
| | | 2018–PR–000662 – Journal Entry of Final Settlement) (Sheedy, Kathryn) (Entered: 04/22/2024) |
| 04/22/2024 | 186 | MOTION to Quash Requests for Production and Interrogatories and for Sanctions Against Plaintiff by Michael R. Capps. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Capps, Michael) (Entered: 04/22/2024) |
| 04/29/2024 | 187 | REPLY TO RESPONSE TO MOTION by Michael R. Capps re 183 Motion for Stay of Restitution Pending Appeal. (Rasch–Chabot, Jacob) (Entered: 04/29/2024) |
| 05/01/2024 | 188 | RESPONSE TO MOTION by USA as to Michael R. Capps re 184 Motion for Stay of Briefing. (Sheedy, Kathryn) (Entered: 05/01/2024) |
| 05/01/2024 | 189 | RESPONSE TO MOTION by USA as to Michael R. Capps re 186 Motion to Quash Requests for Production and Interrogatories and for Sanctions Against Plaintiff. (Sheedy, Kathryn) (Entered: 05/01/2024) |
| 05/06/2024 | 190 | REPLY TO RESPONSE TO MOTION by Michael R. Capps re 186 Motion to Quash Requests for Production and Interrogatories and for Sanctions Against Plaintiff. (Capps, Michael) (Entered: 05/06/2024) |
| 06/12/2024 | 191 | MEMORANDUM AND ORDER denying 183 Motion for Order for Stay of Restitution Pending Appeal as to Michael R. Capps (1). Any funds that are garnished are to be deposited into the Court's registry. These funds will not be disbursed by the Clerk of the Court until further order by the Court. Signed by Chief District Judge Eric F. Melgren on 6/11/2024. (ca) (Entered: 06/12/2024) |
| 06/13/2024 | 192 | MEMORANDUM AND ORDER – Denying 161 Defendant's Motion for Declaratory Judgment. Granting 163 Government's Motion to Dismiss Defendant's Motion for Declaratory Judgment. Denying 164 Defendant's Motion to Enforce Sentencing Order. Denying 165 Defendant's Amended Motion to Enforce Sentencing Order. Denying 175 Defendant's Exemption Claim and Hearing Request. Denying as moot 184 Claimant Charles Capps' Motion for Extension of time. Denying 186 Defendant's Motion to Quash or Motion for Sanctions. Signed by Chief District Judge Eric F. Melgren on 6/13/2024. (ca) (Entered: 06/13/2024) |
| 06/17/2024 | 193 | NOTICE OF APPEAL TO 10CCA by Michael R. Capps re 192 Memorandum and Order. (ca) (Entered: 06/17/2024) |
| 06/17/2024 | | APPEAL FEE STATUS: filing fee not paid re: 193 Notice of Appeal on behalf of Defendant Michael R. Capps. CJA 23 filed on 5/30/2023. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (ca) (Entered: 06/17/2024) |
| 06/17/2024 | 194 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Michael R. Capps re 193 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(ca) (Entered: 06/17/2024) |
| 06/18/2024 | 195 | APPEAL DOCKETED in 10CCA on 6/17/2024 and assigned Appeal No. 24–3083 re 193 Notice of Appeal. (ca) (Entered: 06/18/2024) |
| 06/18/2024 | 196 | ENTRY OF APPEARANCE on behalf of USA by Carrie Nicole Capwell. (Capwell, Carrie) (Entered: 06/18/2024) |
| 06/24/2024 | 197 | OBJECTION to 171 Garnishment by United States of America to Security 1st Title, LLC by Charles Capps as to Michael R. Capps. (Attachments: # 1 Exhibit)(Knopp, |

| | | Ted) (Entered: 06/24/2024) |
|---|---|---|
| 06/27/2024 | 198 | RECORD ON APPEAL retrieved by 10CCA as to Michael R. Capps, re 193 Notice of Appeal. (Appeal No. 24–3083). (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ca) (Entered: 06/27/2024) |
| 07/01/2024 | 199 | MOTION / REQUEST for Hearing on Objection of Charles Capps to Garnishment of Escrow Funds by Charles Capps as to Michael R. Capps. (Knopp, Ted) (Entered: 07/01/2024) |
| 07/08/2024 | 200 | RESPONSE AND PROCEDURAL OBJECTION re 197 Claimant's Objection to 171 Garnishment to Security 1st Title, LLC by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 07/08/2024) |
| 07/08/2024 | 201 | MOTION to Stay Enforcement of Memorandum and Order Pending Appeal by Michael R. Capps. (Capps, Michael) (Entered: 07/08/2024) |
| 07/09/2024 | 202 | RESPONSE IN OPPOSITION by USA as to Michael R. Capps re 199 Request for Hearing. (Sheedy, Kathryn) (Entered: 07/09/2024) |
| 07/22/2024 | 203 | ORDER granting 199 Motion for Hearing as to Michael R. Capps (1). Motion Hearing set for 9/12/2024 at 09:30 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. Signed by Chief District Judge Eric F. Melgren on 7/22/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 07/22/2024) |
| 07/22/2024 | 204 | NOTICE of Motion Hearing as to Michael R. Capps re 203 Order on Motion for Hearing. As noted on the docket, the motion hearing has been scheduled for 9/12/2024 at 9:30 a.m. The parties need to come prepared to fully argue their positions. (cm) (Entered: 07/22/2024) |
| 07/22/2024 | 205 | NOTICE of Non–Opposition to Stay by USA as to Michael R. Capps re 201 Motion to Stay Enforcement of Memorandum and Order Pending Appeal. (Sheedy, Kathryn) (Entered: 07/22/2024) |
| 07/23/2024 | 206 | ORDER granting 201 Motion to Stay Enforcement of Memorandum and Order Pending Appeal as to Michael R. Capps. Signed by Chief District Judge Eric F. Melgren on 7/23/2024. (jal) (Entered: 07/23/2024) |
| 07/26/2024 | 207 | MOTION for Order Restraining Property and Rights to Property Available for Payment of Restitution by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 07/26/2024) |
| 08/21/2024 | 208 | NOTICE OF HEARING ON MOTION as to Michael R. Capps.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 207 Motion for Order Restraining Property and Rights to Property Available for Payment of Restitution : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 9/12/2024 at 09:30 AM in Wichita Courtroom 408 (EFM) before Chief District Judge Eric F. Melgren. This hearing will be in conjunction with the currently scheduled motion hearing as set out in DE 204.(cm) (Entered: 08/21/2024) |
| 09/11/2024 | 209 | (STRICKEN per 210) –– RESPONSE TO MOTION by Michael R. Capps re 207 Motion for Order Restraining Property and Rights to Property Available for Payment of Restitution. (Capps, Michael) Modified on 9/12/2024, see 210. (mam) (Entered: 09/11/2024) |

| 09/12/2024 | 210 | MINUTE ENTRY for proceedings held before Chief District Judge Eric F. Melgren: MOTION HEARING as to Michael R. Capps held on 9/12/2024. The Court strikes Michael Capps's response (Doc. 209) to the Government's Motion for Restraining Order because it is untimely. The Court directs the Government and Charles Capps to file supplemental briefing as to the limited issues discussed during the hearing by September 20, 2024. (Court Reporter Annie States) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sn) (Entered: 09/12/2024) |
|---|---|---|
| 09/17/2024 | 211 | AMENDED MOTION for Order Restraining Property and Rights to Property Available for Payment of Restitution by USA as to Michael R. Capps. (Sheedy, Kathryn) (Entered: 09/17/2024) |
| 09/20/2024 | 212 | SUPPLEMENTAL MEMORANDUM by Charles Capps as to Michael R. Capps per 210. (Knopp, Ted) (Entered: 09/20/2024) |
| 09/20/2024 | 213 | SUPPLEMENTAL BRIEFING by USA as to Michael R. Capps per 210. (Sheedy, Kathryn) (Entered: 09/20/2024) |
| 09/30/2024 | 214 | RESPONSE TO MOTION by Michael R. Capps re 211 Amended Motion for Order Restraining Property and Rights to Property Available for Payment of Restitution. (Capps, Michael) (Entered: 09/30/2024) |
| 09/30/2024 | 215 | JOINT MOTION for Distribution of Funds by Charles Capps as to Michael R. Capps. (Knopp, Ted) Modified on 9/30/2024 to add Duaglo, LLC as a filer. (mam) (Entered: 09/30/2024) |
| 09/30/2024 | 216 | ENTRY OF APPEARANCE by attorney Ted E. Knopp on behalf of Duaglo, LLC. (Knopp, Ted) (Entered: 09/30/2024) |
| 09/30/2024 | 217 | JOINT MOTION to Allow Intervention by Duaglo, LLC, Charles Capps as to Michael R. Capps. (Knopp, Ted) (Entered: 09/30/2024) |
| 10/07/2024 | 218 | REPLY to 214 Response to 211 Motion – *Government's Amended Motion for Order Restraining Property and Rights to Property Available for Payment of Restitution* by USA as to Michael R. Capps (Sheedy, Kathryn) Modified on 10/8/2024 to link to underlying motion. (jal) (Entered: 10/07/2024) |
| 10/09/2024 | 219 | MOTION for Joinder *Joint Motion for Distribution of Funds* by Michael R. Capps. (Capps, Michael) (Entered: 10/09/2024) |
| 10/15/2024 | 220 | RESPONSE IN OPPOSITION by USA as to Michael R. Capps re 217 Joint Motion to Allow Interventio (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sheedy, Kathryn) (Entered: 10/15/2024) |
| 10/15/2024 | 221 | RESPONSE IN OPPOSITION by USA as to Michael R. Capps re 219 MOTION for Joinder *Joint Motion for Distribution of Funds*, 215 Joint Motion for Distribution of Funds (Attachments: # 1 Exhibit A)(Sheedy, Kathryn) (Entered: 10/15/2024) |
| 10/17/2024 | 222 | MOTION for order of Judicial Recommendation for Designation to FPC Seagoville by Michael R. Capps. (Rasch–Chabot, Jacob) (Entered: 10/17/2024) |
| 10/21/2024 | 223 | ORDER granting 222 Motion for Order as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 10/21/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/21/2024) |
| 10/24/2024 | 224 | MANDATE from 10CCA affirming decision of the District Court as to defendant Michael R. Capps (Appeal No. 23–3095) (Attachments: # 1 Judgment, # 2 10CCA |

| | | Mandate Letter)(msb) (Entered: 10/24/2024) |
|---|---|---|
| 10/27/2024 | 225 | MOTION to Vacate by Michael R. Capps. (Capps, Michael) (Entered: 10/27/2024) |
| 10/28/2024 | 226 | ORDER granting 225 Motion to Vacate Doc 121 as to Michael R. Capps (1). Signed by Chief District Judge Eric F. Melgren on 10/28/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/28/2024) |
| 10/29/2024 | 227 | REPLY TO RESPONSE TO MOTION by Duaglo, LLC, Charles Capps, Knopp Law Group, P.A. as to Michael R. Capps re 219 MOTION for Joinder *Joint Motion for Distribution of Funds Joint Reply of Charles Capps and Duaglo, LLC to United States Response in Opposition to Motion for Distribution of Funds* (Knopp, Ted) (Entered: 10/29/2024) |
| 10/29/2024 | 228 | REPLY TO RESPONSE TO MOTION by Duaglo, LLC, Charles Capps, Knopp Law Group, P.A. as to Michael R. Capps re 217 Joint Motion to Allow Interventio *Joint Reply of Charles Capps and Duaglo, LLC to the Response in Opposition to Intervention of Duaglo, LLC by the United States* (Knopp, Ted) (Entered: 10/29/2024) |
| 11/05/2024 | 229 | MEMORANDUM AND ORDER denying as moot 207 MOTION for Order Restraining Property and Rights to Property Available for Payment of Restitution; denying 211 AMENDED MOTION for Order Restraining Property and Rights to Property; denying 215 JOINT MOTION for Distribution of Funds; denying 217 JOINT MOTION to Allow Intervention; and granting 219 Motion for Joinder as to Michael R. Capps (1). Claimant Charles Capps's Objection to Garnishment (Doc. 174) is overruled. Signed by Chief District Judge Eric F. Melgren on 11/5/2024. (kas) (Entered: 11/05/2024) |
| 11/13/2024 | 230 | MOTION for Garnishee Order ,*Garnishee Security 1st Title* by USA as to Michael R. Capps. (Attachments: # 1 Exhibit A – Appellant's Opening Brief filed on October 26, 2024)(Sheedy, Kathryn) (Entered: 11/13/2024) |
| 11/18/2024 | 231 | Unopposed MOTION for order for Extension of Time to Voluntarily Surrender by Michael R. Capps. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rasch–Chabot, Jacob) (Entered: 11/18/2024) |
| 11/19/2024 | 232 | ORDER granting 231 Motion for Order or Extension of Time to Voluntarily Surrender as to defendant Michael R. Capps (1). The Court therefore grants Capps' Motion and extends his self–surrender date to December 31, 2024, or later as determined by the BOP. Signed by Chief District Judge Eric F. Melgren on 11/19/2024. (msb) (Entered: 11/19/2024) |
| 12/03/2024 | 233 | MOTION for Reconsideration (Alter or Amend) re 229 Memorandum and Order by Charles Capps as to Michael R. Capps. (Knopp, Ted) Modified text on 12/4/2024 (mls). (Entered: 12/03/2024) |
| 12/10/2024 | 234 | NOTICE OF DISPOSITION OF PASSPORT as to Michael R. Capps. Passport # 640927769, issued by the USA. Passport mailed to the U.S. Department of State, tracking # 7022 0410 0003 3816 3655. (mam) (Entered: 12/10/2024) |
| 12/17/2024 | 235 | RESPONSE IN OPPOSITION by USA as to Michael R. Capps re 233 Motion to Alter or Amend (for Reconsideration) re 229 Memorandum and Order (Sheedy, Kathryn) Modified text (mls). (Entered: 12/17/2024) |

| 12/23/2024 | 236 | TRANSCRIPT ORDER FORM: Transcript Requested Minute Entry 9/12/2024 re 193 Notice of Appeal filed by Michael R. Capps. (kmc) (Entered: 12/26/2024) |
| 12/26/2024 | 237 | REPLY TO RESPONSE TO MOTION by Charles Capps as to Michael R. Capps: Re 233 MOTION for Reconsideration 229 Order on Motions (Knopp, Ted) (Entered: 12/26/2024) |
| 12/27/2024 | 238 | CERTIFIED MAIL RECEIPT returned re 234 Notice of Disposition of Passport addressed to U.S. Department of State. (kas) (Entered: 12/27/2024) |
| 12/31/2024 | 239 | NOTICE OF APPEAL TO 10CCA by Michael R. Capps re 229 Memorandum and Order. (kmc) (Entered: 12/31/2024) |
| 12/31/2024 | | APPEAL FEE STATUS: filing fee not paid re: 239 Notice of Appeal on behalf of Defendants Michael R. Capps. CJA 23 filed on 5/30/2023. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (kmc) (Entered: 12/31/2024) |
| 12/31/2024 | 240 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Michael R. Capps re 239 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(kmc) (Entered: 12/31/2024) |
| 12/31/2024 | 241 | APPEAL DOCKETED in 10CCA on 12/31/2024 and assigned Appeal No. 24–3204 re 239 Notice of Appeal filed by Michael R. Capps. (kmc) (Entered: 01/02/2025) |
| 01/03/2025 | 242 | ORDER of 10CCA abating this case pending the district court's decision on Doc No. 233, Motion for Reconsideration as to Michael R. Capps re 239 Notice of Appeal. ( Appeal No. 24–3204) (kmc) (Entered: 01/03/2025) |
| 01/21/2025 | 243 | LETTER FROM 10CCA advising petition for writ of certiorari filed re 101 Notice of Appeal as to Michael R. Capps. (Supreme Court No. 24–6330 / Appeal No. 23–3095) (mam) (Entered: 01/21/2025) |
| 01/23/2025 | 244 | ORDER as to Michael R. Capps. The Government's Motion for Garnishee Order (Doc. 230 ) is denied without prejudice. Signed by Chief District Judge Eric F. Melgren on 1/23/2025. (mam) (Entered: 01/23/2025) |
| 01/23/2025 | 245 | MEMORANDUM AND ORDER as to Michael R. Capps. Claimant's Motion to Alter or Amend (Doc. 233 ) is denied. Signed by Chief District Judge Eric F. Melgren on 1/23/2025. (mam) (Entered: 01/23/2025) |
| 01/23/2025 | 246 | JUDGMENT RETURNED EXECUTED as to Michael R. Capps on 12/31/2024. (mam) (Entered: 01/24/2025) |
| 01/25/2025 | 247 | MOTION to Reduce Sentence by Michael R. Capps. (Capps, Michael) (Entered: 01/25/2025) |
| 01/26/2025 | 248 | Supplemental MOTION to Reduce Sentence by Michael R. Capps. (Capps, Michael) (Entered: 01/26/2025) |
| 01/27/2025 | 249 | ORDER as to Michael R. Capps re 248 Supplemental MOTION to Reduce Sentence filed by Michael R. Capps, 247 MOTION to Reduce Sentence filed by Michael R. Capps. The Federal Public Defender's Office shall have up to and including 2/10/2025 in which to notify the Court if they intend to represent this defendant or not. Signed by Chief District Judge Eric F. Melgren on 1/27/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 01/27/2025) |

| 01/28/2025 | 250 | ENTRY OF APPEARANCE on behalf of USA by Jared S. Maag (Maag, Jared) (Entered: 01/28/2025) |
| --- | --- | --- |
| 01/31/2025 | 251 | ORDER of 10CCA to Supplement Record on Appeal re 193 Notice of Appeal. (Appeal No. 24–3083) (kao) (Entered: 01/31/2025) |
| 01/31/2025 | 252 | SUPPLEMENTAL RECORD ON APPEAL retrieved by 10CCA re 193 Notice of Appeal. No. of Volumes: 3. Supplemental Volume I – Pleadings, Supplemental Volume II – Sealed Pleading, Supplemental Volume III – Government's Exhibit 1. (Appeal No. 24–3083) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kao) (Entered: 01/31/2025) |
| 02/01/2025 | 253 | Renewed Motion to Expedite Consideration of Defendant's Motion for Compassionate Release re 247 Motion to Reduce Sentence by Michael R. Capps. (Capps, Michael) Modified on 2/3/2025 to correct docket text and motion event (kas). (Entered: 02/01/2025) |
| 02/05/2025 | 254 | MOTION to Dismiss Compassionate Release Motions re 247 , 248 , and 253 by USA as to Michael R. Capps. (Attachments: # 1 Exhibit RIS – Warden FCI Florence)(Maag, Jared) Modified on 2/6/2025 to update docket text (kas). (Additional attachment(s) added on 2/6/2025: # 2 REDACTED Exhibit) (kas). Modified on 2/6/2025 to update motion event (kas). (Entered: 02/05/2025) |
| 02/08/2025 | 255 | RESPONSE TO MOTION by Michael R. Capps re 254 MOTION (Capps, Michael) (Entered: 02/08/2025) |
| 02/10/2025 | 256 | COMBINED NOTICE OF APPEAL AND CONDITIONAL MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL by Duaglo, LLC, Charles Capps as to Michael R. Capps re 245 Order on Motion for Reconsideration. (Knopp, Ted) Modified on 2/11/2025 to correct event type and update docket text (kas). (Entered: 02/10/2025) |
| 02/10/2025 | 257 | Correspondence Received on Behalf of Defendant (per EFM). (ca) (Entered: 02/10/2025) |
| 02/10/2025 | 258 | NOTICE OF APPEAL TO 10CCA by Duaglo, LLC, Charles Capps as to Michael R. Capps re 229 Memorandum and Order and 245 Memorandum and Order. (RE–FILED DE 256 FOR ADMINISTRATIVE PURPOSES) (kas) (Entered: 02/11/2025) |
| 02/11/2025 | | APPEAL FEE STATUS: filing fee not paid re 258 Notice of Appeal. (ca) (Entered: 02/11/2025) |
| 02/11/2025 | | APPEAL FILING FEE PAID ONLINE BY CREDIT CARD: re: 258 Notice of Appeal (paid $605 Appeal fee; Credit Card Receipt Number BKSDC–6582575) (Knopp, Ted) (Entered: 02/11/2025) |
| 02/11/2025 | 259 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 258 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(ca) (Entered: 02/11/2025) |
| 02/12/2025 | 260 | APPEAL DOCKETED in 10CCA on 2/12/2025 and assigned Appeal No. 25–3025 re 258 Notice of Appeal filed.(ca) (Entered: 02/12/2025) |
| 02/12/2025 | 261 | RESPONSE TO MOTION by USA as to Michael R. Capps re 247 MOTION to Reduce Sentence (Maag, Jared) (Entered: 02/12/2025) |
| 02/14/2025 | 262 | |

| | | MEMORANDUM AND ORDER denying 247 Defendant's Motion to Reduce Sentence; denying 248 Supplemental Motion to Reduce Sentence; denying 253 Renewed Motion to Expedite Consideration of Defendant's Motion for Compassionate Release; denying as moot 254 Government's Motion to Dismiss Compassionate Release Motions. Signed by Chief District Judge Eric F. Melgren on 2/14/2025. (ca) (Entered: 02/14/2025) |
|---|---|---|
| 02/14/2025 | 263 | MOTION for Reconsideration re 262 Memorandum and Order by Michael R. Capps. (Capps, Michael) (Entered: 02/14/2025) |
| 02/16/2025 | 264 | TRANSCRIPT ORDER FORM: Transcript Already on File re 258 Notice of Appeal filed by Duaglo, LLC, Charles Capps (Knopp, Ted) (Entered: 02/16/2025) |
| 02/18/2025 | 265 | ORDER granting in part and denying in part 263 MOTION for Reconsideration re 262 Memorandum and Order as to Michael R. Capps (1). The Court stays its February 14 Order, and Defendant may file a reply on or by February 26, 2025. Signed by Chief District Judge Eric F. Melgren on 2/18/2025. (ca) (Entered: 02/18/2025) |
| 02/19/2025 | 266 | TRANSCRIPT of Motion Hearing held September 12th, 2024, as to Michael R. Capps before Judge Eric F. Melgren, Court Reporter Annie States, 316–315–4334, annie_states@ksd.uscourts.gov. Transcript purchased by: Michael Capps.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/20/2025. (as) (Entered: 02/19/2025) |
| 02/19/2025 | 267 | Correspondence Received on Behalf of Defendant. (ca) (Entered: 02/19/2025) |
| 02/23/2025 | 268 | REPLY TO RESPONSE TO MOTION by Michael R. Capps re 263 MOTION for Reconsideration. (Attachments: # 1 Exhibits A–T)(Capps, Michael) (Entered: 02/23/2025) |
| 02/23/2025 | 269 | SUPPLEMENTAL REPLY TO RESPONSE TO MOTION by Michael R. Capps re 263 MOTION for Reconsideration. (Capps, Michael) (Entered: 02/23/2025) |
| 02/24/2025 | 270 | ORDER of 10CCA re 258 Notice of Appeal, abating appeal pending the district's court ruling on 256 Motion (Appeal No. 25–3025). (ca) (Entered: 02/24/2025) |
| 02/25/2025 | 271 | LETTER FROM 10CCA as to Michael R. Capps stating writ of certiorari is denied re 101 Notice of Appeal (Appeal No. 23–3095). (ca) (Entered: 02/25/2025) |
| 02/26/2025 | 272 | MANDATE from 10CCA: dismissing appeal as to Michael R. Capps. (Appeal No. 24–3204) (Attachments: # 1 Transmittal Letter)(kmc) (Entered: 02/26/2025) |
| 02/27/2025 | 273 | MEMORANDUM AND ORDER denying 256 Motion for Extension of Time to File Notice of Appeal as to Michael R. Capps (1). Signed by Chief District Judge Eric F. |

| | | |
|---|---|---|
| | | Melgren on 2/27/2025. (ca) (Entered: 02/27/2025) |
| 02/27/2025 | 274 | ORDER – the Court lifts its stay on the Memorandum and Order (Doc. 262 ), dated February 14, 2025 and files the Order in its original form as to Michael R. Capps. Signed by Chief District Judge Eric F. Melgren on 2/27/2025. (ca) (Entered: 02/27/2025) |
| 02/27/2025 | 275 | MOTION for Leave to Appeal by Michael R. Capps. (Capps, Michael) (Entered: 02/27/2025) |
| 02/27/2025 | 276 | NOTICE OF APPEAL TO 10CCA by Michael R. Capps re 262 Memorandum and Order, 274 Order lifting stay on DE 262. (ca) (This is a refiling of 275 which was filed using incorrect event) (Entered: 02/28/2025) |
| 02/28/2025 | | APPEAL FEE STATUS: filing fee not paid re 276 Notice of Appeal on behalf of Defendant Michael R. Capps. CJA 23 filed on 5/30/2023. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (ca) (Entered: 02/28/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

     *Plaintiff,*

vs.                                 Case No. 21-10073-EFM

MICHAEL R. CAPPS,

     *Defendant.*

## MEMORANDUM AND ORDER

This matter comes before the Court on pro se Defendant Michael Capps's Motions to Reduce Sentence (Docs. 247, 248, and 253). He seeks early release from prison for family circumstances and health care reasons. The Government opposes Defendant's motions. For the reasons stated below, the Court denies Defendant's motions.

### I.     Factual and Procedural Background

On December 21, 2022, Defendant was found guilty on 12 counts, including one count of bank fraud, three counts of false statements to a bank and the Small Business Administration, four counts of wire fraud, and four counts of money laundering. On May 11, 2023, the Court sentenced

Defendant to 27 months' imprisonment, to be followed by two years of supervised release.[1] Defendant appealed his conviction to the Tenth Circuit on May 17, 2023, and the Court allowed Defendant's release during his appeal.

On August 13, 2024, the Tenth Circuit affirmed this Court's judgment, and the mandate was issued on October 24, 2024. On November 18, 2024, Defendant filed a motion for extension of time to voluntarily surrender and requested the self-surrender date of December 31, 2024. The Court granted Defendant's request, and Defendant surrendered on that date.

On January 25 and January 26—a mere three weeks after reporting to prison—Defendant filed Motions to Reduce Sentence, requesting immediate release from prison.[2] On February 1, 2025, Defendant filed a third motion, entitled a "Renewed Motion to Expedite Consideration of Defendant's Motion for Compassionate Release." In this motion, he seeks expedited consideration of his motions.

Defendant asserts that his father's health is poor following a recent shoulder surgery and fall in which he broke two ribs and his hand. Defendant contends that his father is unable to care for himself and that Defendant is the only available caregiver to help him. In addition, Defendant asserts that he faces ongoing health risks due to the prison's alleged inability to maintain his CPAP device and alleged lack of access to mental health treatment. The Government opposes Defendant's motions.

---

[1] Defendant was also ordered to pay $318,647.21 in restitution, and the Court entered a forfeiture judgment in the amount of $178,193.17. The Court will not set forth all the restitution issues here. Suffice to say, there have been numerous disputes. Defendant is currently appealing the Court's rulings on those issues.

[2] The Federal Public Defender's office declined representation of Defendant in this matter.

-2-

## II.    Legal Standard

The compassionate release statute, 18 U.S.C. § 3582(c)(1)(A), allows a defendant to seek early release from prison provided certain conditions are met. First, a motion for compassionate release may only be filed if: (1) "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf;" or (2) 30 days have lapsed "from the receipt of such a request by the warden of the defendant's facility, whichever is earlier."[3] Exhaustion is a mandatory claim-processing rule in the Tenth Circuit.[4]

If a defendant satisfies the exhaustion requirement, district courts use a three-part test when deciding a defendant's motion.[5] This test requires the Court to consider whether (1) "extraordinary and compelling reasons" warrant the sentence reduction, (2) "such reduction is consistent with applicable policy statements issued by the Sentencing Commission," and (3) reduction is consistent with the applicable sentencing factors set forth in 18 U.S.C. § 3553(a).[6] If the Court denies the motion because the defendant fails to meet one of the prerequisites, it may do so without

---

[3] 18 U.S.C. § 3582(c)(1)(A).

[4] *United States v. Hemmelgarn*, 15 F.4th 1027, 1030–31 (10th Cir. 2021).

[5] *United States v. McGee*, 992 F.3d 1035, 1042–43, 10th Cir. 2021) (quoting *United States v. Jones*, 980 F.3d 1098, 1107 (6th Cir. 2020)); *see also United States v. Maumau*, 993 F.3d 821, 832 (10th Cir. 2021) (discussing and employing the same three-part test).

[6] *McGee*, 992 F.3d at 1042 (citations and internal quotation marks omitted).

addressing all three factors.[7] If, however, the Court grants the motion, the Court must address all steps.[8]

### III.    Analysis

Defendant requests early release from prison to care for his ailing father. In addition, Defendant contends that the prison is inappropriately managing his health conditions. The Government asserts that Defendant is not an appropriate candidate for a sentence reduction. The Court finds that Defendant cannot establish an extraordinary and compelling reason warranting a reduction in sentence.

### A.    Exhaustion

Defendant submitted a compassionate release request to the Warden of his facility on January 20, 2025. Defendant then filed two of his motions for compassionate release with this Court five days later, prior to exhausting his administrative remedies. The Government originally—and rightly so—asserted that Defendant had not exhausted his administrative remedies and requested dismissal of Defendant's motions.[9]

On February 8, 2025, however, Defendant filed a response to the Government's motion in which he attached the Warden's January 27, 2025, denial of Defendant's request for compassionate release. The Government concedes that Defendant now meets the exhaustion requirement. Thus, although Defendant's motions originally could have been dismissed for failure to exhaust, the

---

[7] *Id.* at 1043 (citation omitted); *see also United States v. Hald*, 8 F.4th 932, 942–43 (10th Cir. 2021) (explicitly stating that a district court can choose which order to consider the three steps, and "[i]f the most convenient way for the district court to dispose of a motion for compassionate release is to reject it for failure to satisfy one of the steps, we see no benefit in requiring it to make the useless gesture of determining whether one of the other steps is satisfied.").

[8] *McGee*, 992 F.3d at 1043 (citation omitted).

[9] Doc. 254 (Government's Motion to Dismiss Compassionate Release Motions).

Court now finds that Defendant has satisfied the exhaustion requirement in § 3582(c) and will proceed to determine the merits of Defendant's motion.

**B.      Extraordinary and Compelling Reasons**

In determining whether a defendant presents an extraordinary and compelling reason warranting a sentence reduction, the Court considers whether the reduction is "consistent with applicable policy statements issued by the Sentencing Commission."[10]  On November 1, 2023, the Sentencing Commission issued new sentencing guidelines, including a policy statement, which is now included within the text of the guidelines.[11] Some of the circumstances that may be relevant when deciding if a defendant presents an extraordinary and compelling reason for a sentence reduction include: (1) the medical circumstances of the defendant; (2) the age of the defendant and a serious deterioration in health; (3) the family circumstances of the defendant; (4) the defendant was the victim of sexual or physical abuse while incarcerated by or at the direction of an employee of the correctional facility; and (5) any other circumstances or combination of circumstances that are similar in gravity to the first four circumstances.[12] In addition, an unusually long sentence may be a consideration but only if there has been a change in the law; the defendant has served at least ten years of the unusually long sentence; and the change in law would "produce a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed."[13]

---

[10] 18 U.S.C. § 3582(c)(1); *see also McGee*, 992 F.3d at 1042.

[11] *See* U.S.S.G. § 1B1.13.

[12] *Id*. § (b)(1)–(5).

[13] *Id*. § (b)(6).

-5-

In this case, Defendant first requests compassionate release to take care of his father. He asserts that his father recently had shoulder surgery and suffered a fall in which he broke two ribs and his hand. He states that his father is unable to take care of himself. Defendant states that he is the only available caregiver because his sister works full time and has underlying health conditions.

Section § 1B1.13(b)(3)(C) provides that "[t]he incapacitation of the defendant's parent when the defendant would be the only available caregiver for the parent" may be an extraordinary and compelling reason for release. The plain language of § 1B1.13(b)(3)(C), however, requires that Defendant be the *only* available caregiver.[14] Defendant fails to make this demonstration. The record reflects that Defendant has several half-siblings that could be Defendant's father's caregiver.[15] Thus, Defendant simply cannot establish that he is the only available caregiver.

Furthermore, the Court finds that Defendant's father is not incapacitated within the meaning of the guidelines. "'Incapacitation' within the meaning of § 1B1.13(b)(3) typically means that the individual is 'completely disabled' and 'cannot carry on any self-care' or 'is totally confined to a bed or chair.'"[16] Here, the evidence indicates that Defendant's father is recovering from shoulder surgery and then suffered a fall in which he broke two ribs and his hand. Although

---

[14] *Id.* § (b)(3)(C); *see also United States v. Davis*, 2024 WL 4436600, at *2 (D. Kan. Oct. 7, 2024) (denying the defendant's request for early release after finding that the defendant was not the only available caregiver because the defendant's three sisters could help even though the sisters had busy lives).

[15] The Court has reviewed Defendant's Presentence Investigation Report ("PSI") which states that Defendant has four paternal half-siblings, one of which is deceased. Another half-sibling, Tammy Boyer, provided an affidavit in which she averred that she herself was ill and was unable to take care of their father. There is no information on the other two half-siblings' ability to care for Defendant's father. The Court also notes, however, that the PSI indicates that Defendant and his father were estranged for quite some time, and in 2023, Defendant only had contact with his father once or twice a year.

[16] *United States v. Smith*, 2024 WL 4102041, at *2 (E.D. Ky. Aug. 27, 2024) (citing *United States v. Steele*, 2024 WL 1928945, at *3 (S.D. Ohio May 1, 2024)); *see also United States v. Striganivicz*, 2025 WL 52006, at *2–3 (E.D. Pa. Jan. 8, 2025) (citing cases in which courts found that incapacitation means "completely disabled" or cannot "carry on any self-care and is totally confined to a bed or chair.").

-6-

Defendant's father may have limited mobility, these conditions do not incapacitate him within the meaning of the guidelines.[17] The Court expresses its sympathy for Defendant's father's health challenges, but these circumstances simply do not indicate that he is incapacitated. Thus, because Defendant is not the only available caregiver and because Defendant's father is not incapacitated within the meaning of the guidelines, Defendant fails to present an extraordinary and compelling reason warranting release.

Defendant additionally contends that his medical circumstances warrant an early release from prison. Section 1B1.13(b)(1) provides that the medical circumstances of the defendant may provide an extraordinary and compelling reason for release. Specifically, a consideration under § 1B1.13(b)(1)(C) is whether the defendant is "suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which the defendant is at risk of serious deterioration in health or death."[18]

Defendant asserts that he faces ongoing health risks due to the alleged inability to properly maintain his CPAP device and due to lack of access to mental health treatment. There simply is insufficient evidence showing that Defendant is suffering from a medical condition that requires long-term specialized medical care and/or that he is not being provided with appropriate medical care. Thus, Defendant fails to present an extraordinary and compelling reason based on his health care concerns that warrants early release.

---

[17] *See Steele*, 2024 WL 1928945, at *3 (stating that hip and knee replacement surgeries do not fall within the meaning of incapacitation).

[18] U.S.S.G. § 1B1.13(b)(1)(C). Sections 1B1.13(b)(1)(A) and (B) are wholly inapplicable to Defendant.

C.      **Section 3553(a) Factors**

The Court's conclusion is bolstered by a consideration of the applicable sentencing factors enumerated in 18 U.S.C. § 3553(a).[19] Some of these factors include the nature and circumstances of the offense; the need for the sentence imposed to reflect the seriousness of the offense, afford adequate deterrence, and protect the public from future crimes by the defendant; and the need to avoid unwarranted sentence disparities.[20]

Defendant was found guilty on 12 counts related to COVID-19 fraud in 2022. He was sentenced to 27 months' imprisonment. The Court allowed his release while he appealed his conviction to the Tenth Circuit, and it also allowed an extension of time for Defendant to self-surrender after the Tenth Circuit's mandate was issued. Defendant reported to prison on December 31, 2024, and he filed a motion for release after serving only 25 *days* of his 27-month sentence. At this point, he has only served 45 days and granting him release would constitute a sentence reduction of approximately 95%. Reducing Defendant's sentence to time served is completely unwarranted and would not reflect the seriousness of Defendant's criminal conduct nor provide adequate deterrence or appropriate punishment.[21] Accordingly, the Court finds that Defendant does not demonstrate extraordinary and compelling reasons to warrant his early release from prison.

---

[19] *See* 18 U.S.C. § 3582(c)(1) (stating that the court should consider the factors set forth in § 3553(a) when determining the length of imprisonment).

[20] 18 U.S.C. § 3553(a).

[21] The Court also notes that Defendant has objected to every means the Government has sought to obtain restitution from Defendant this past year. He has filed no less than 10 motions, and Defendant has paid very little of the restitution amount.

-8-

**IT IS THEREFORE ORDERED** that Defendant's Motion to Reduce Sentence (Doc. 247), Supplemental Motion to Reduce Sentence (Doc. 248), and Renewed Motion to Expedite Consideration of Defendant's Motion for Compassionate Release (Doc. 253) are **DENIED**.

**IT IS FURTHER ORDERED** that the Government's Motion to Dismiss Compassionate Release Motions (Doc. 254) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated this 14th day of February, 2025.


ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

Case No. 21-10073-EFM

MICHAEL R. CAPPS,

*Defendant.*

## ORDER

The Court previously imposed a stay on its Order (Doc. 262) Denying Defendant's Motions to Reduce Sentence, staying the Order so Defendant could file a Reply to the Government's Response by February 26, 2025. Defendant has now filed his reply.[1] The Court has reviewed Defendant's submissions, and they do not contain any materially new allegations or arguments that change the Court's decision. Thus, the Court lifts its stay on its previous order denying Defendant's motions for release and filed that Order in its original form.[2]

---

[1] Defendant filed two replies.

[2] Defendant captioned one of his replies as a "Verified Consolidated Reply to Government's Response and Motion for Reconsideration." Doc. 268. The Court's Order was stayed to receive Defendant's Reply and thus Defendant could not file a motion for reconsideration of the Court's stayed order. Thus, the Court considers Defendant's motion for reconsideration (if in fact he filed such a motion; the submission is unclear) moot.

**IT IS THEREFORE ORDERED** that the Court lifts its stay on the Memorandum and Order (Doc. 262), dated February 14, 2025 and files the Order in its original form.

**IT IS SO ORDERED**.

Dated this 27th day of February, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS (Wichita Docket)

UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Case No. 21-10073-EFM
                                         )
MICHAEL CAPPS,                           )
                                         )
        Defendant.                       )

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Michael Capps, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order of the United States District Court for the District of Kansas, entered on February 27, 2025, lifting the stay on its Memorandum and Order (Doc. 262) and denying Defendant's Motions to Reduce Sentence.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(b).

Dated: February 27, 2025

Respectfully submitted,

Michael Capps
Register No. 66142-509
Florence Prison Camp
PO Box 5000
Florence, CO 81226