## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

Wichita, Kansas

March 7, 2025

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals for the Tenth Circuit

District Court Case No. 6:21-cr-10073-EFM

Circuit Appeal No. 25-3025

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____ The transcript was filed this date.

_____ A transcript is not necessary for this appeal.

\_\_\_\_X\_\_\_ The necessary transcript is already on file in the U.S. District Court.

_____ The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ M. McGivern

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)