IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                Case No. 6:21CR10073-001-EFM

MICHAEL R. CAPPS,

        Defendant,

    and

AMERICAN FUNDS SERVICE COMPANY,

        Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff United States of America makes application to the Clerk of the United States District Court to issue a Writ of Garnishment as to the property of Defendant Michael R. Capps in accordance with the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3205.

In support of its application Plaintiff United States represents the following.

1. The last known address of Defendant Michael R. Capps, SSN: ***-**-7272, is FLORENCE, CO 81226.

2. A judgment, Doc. 98, was entered against Defendant Michael R. Capps in the amount of $319,847.21 without interest, with a balance due of $316,296.17 as of August 11, 2025.

3. More than 30 days have passed since demand for payment of this judgment was made to Defendant Michael R. Capps. The judgment debt remains unpaid.

4. Garnishee American Funds Service Company is believed to have possession of property in which Defendant Michael R. Capps has a substantial nonexempt interest or for which

Garnishee American Funds Service Company is or may become indebted to Defendant Michael R. Capps.

Plaintiff United States respectfully requests the Clerk of Court issue a Writ of Garnishment to:

>American Funds Service Company
>c/o C T Corporation System
>1999 Bryan Street, Suite 900
>Dallas, TX 75201

>Respectfully submitted,
>
>RYAN A. KRIEGSHAUSER
>United States Attorney
>District of Kansas
>
>s/ Kathryn E. Sheedy
>KATHRYN E. SHEEDY
>Assistant United States Attorney
>Ks. S.Ct. No. 22867
>444 SE Quincy
>Federal Building, Suite 290
>Topeka, KS 66683-3592
>PH:  785-295-2850
>FX:  785-295-2658
>Email:  kathryn.sheedy@usdoj.gov
>Attorneys for the Plaintiff United States