IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

AUG 20 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 6:21CR10073-001-EFM

MICHAEL R CAPPS,

    Defendant,

and

AMERICAN FUNDS SERVICE COMPANY
    Garnishee.
_____/

DECLARATION OF GARNISHEE AMERICAN FUNDS SERVICE COMPANY

    I, Lorena Tejeda, do hereby declare under penalty of perjury that the following information is true and correct:

    1.    I am currently employed by American Funds Service Company ("AFS") as Assistant Vice President. As an officer of AFS, I am authorized to make this statement on behalf of AFS.

    2.    AFS is the registered transfer agent for the American Funds family of mutual funds. The Defendant holds an Individual Retirement Account ("IRA") with AFS registered in the name of Capital Bank and Trust Company ("CB&T"), Custodian of the IRA for the Defendant, Michael R Capps. The value of the account as of August 13, 2025, is $7,896.05. Because the account is invested in mutual funds, the value fluctuates daily. CB&T must withhold 10% of the distribution amount for federal tax withholding, unless directed otherwise.

3. According to the terms of its custodial agreement, the IRA is subject to a spendthrift provision. See attached form of Custodial Agreement, Section 11.

4. AFS will not redeem the Defendant's account without further order of the Court acknowledging the account type and the limitations that apply to it.

I declare under penalty of perjury that the statements made herein are true and correct.

DATED: August 19, 2025

Lorena Tejeda, Assistant Vice President
American Funds Service Company
3500 Wiseman Blvd
San Antonio, TX 78251-4320
Telephone: (210) 474-3651
E-mail: Lorena_Tejeda@capgroup.com

Subscribed and sworn to before me this 19th day of August, 2025.

Notary Public (Seal)

GINGER LARSON
Notary ID #135053698
My Commission Expires
August 23, 2028

Commission Expires: 8/23/2028