**From:** Kurt Kerns kurtpkerns@aol.com  
**Subject:** Fwd: Michael Capps PSR  
**Date:** May 10, 2023 at 3:26 PM  
**To:** Michael Capps cappsm@gmail.com



Just in from Judge.

Kurt Kerns  
Kerns Law Group  
328 N. Main  
Wichita, Kansas  
67202  
Phone 316-265-5511  
Cell 316-641-5511

Begin forwarded message:

**From:** Jeffrey Blessant <Jeffrey_Blessant@ksp.uscourts.gov>  
**Date:** May 10, 2023 at 3:11:01 PM CDT  
**To:** Eric Melgren <Judge_Melgren@ksd.uscourts.gov>  
**Cc:** "Gordon, Molly (USAKS)" <Molly.Gordon@usdoj.gov>, "kurtpkerns_aol.com" <kurtpkerns@aol.com>  
**Subject: RE: Michael Capps PSR**

I can certainly make those changes.

**From:** Eric Melgren <Judge_Melgren@ksd.uscourts.gov>  
**Sent:** Wednesday, May 10, 2023 3:08 PM  
**To:** Jeffrey Blessant <Jeffrey_Blessant@ksp.uscourts.gov>  
**Cc:** Gordon, Molly (USAKS) <Molly.Gordon@usdoj.gov>; kurtpkerns_aol.com <kurtpkerns@aol.com>  
**Subject:** Michael Capps PSR

Jeff,

There are several objections to the PSR that we will take up tomorrow. The following are not listed as objections but I think create an erroneous impression or confusion for the BOP and should be corrected in the final version:

Paragraphs 333, 337 (4x), and 341 (2x) refer to Capps as a Congressman. A Congressman is someone who is in Congress – the body that meets in Washington. Capps was in the State of Kansas legislature, and as such is more properly referred to as a Legislator. I am concerned that "Congressman" references may leave BOP with a misapprehension.

Eric F. Melgren  
Chief Judge United States District Court  
316-315-4320